[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SHARON RENEE LLOYD FOREIGN
GRANTOR TRUST

)
)
)
)

Plaintiff

)
)

TIFFANY ENG, et al

v.

)
)
)
)

Defendant

)

**United States District Court**
**Northern District of Illinois**

**1:18-cv-05465**
**Judge Joan B. Gottschall**
**Magistrate Judge Mary M. Rowland**

**COMPLAINT**

See Attached

**RECEIVED**

AUG 1 0 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON RENEE LLOYD FOREIGN GRANTOR TRUST,
      Plaintiffs

v.

TIFFANY ENG, Robert Habib, Anthony Swanagan,       Judge Presiding
John Curry and Unknown Attorney 29829 or 13519
      Defendants

## COUNTER-CLAIM

COME NOW, Inhabitant/Assign in Possession of **LOT** address mentioned below and land patent in Chicago Illinois-Territory, the real land North America-Turtle Island Sharon-Renee-Lloyd: Al. The Plaintiff holds and will provide to this venue/administration agencies and agents copies of Certified copies of the Original Land Patent which includes the **LOT** address in question for opinion in this counter claim. TIFFANY ENG/Defendant estate is not an assign nor is she an heir in possession. The **LOT** in question is private land and in possession of the Plaintiff/inhabitant/assign and holder of land patent (**Exhibit A Copy of Certified Land Patent, Copy of Declaration of Acceptance of the Land Patent Assignment, Secretary of State Department of Transportation Affidavit of Adverse Possession [colorable title], and metes and bounds**) Sharon-Renee-Lloyd: Al.

## LOT 24 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF PARTS OF SECTIONS 6 AND 7, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

The Affidavit of Claim from the Plaintiff counter-claim in this venue is for the land, damages, also charges to be carried out on the agents/servants/Defendants for their actions in the false claim to the LOT in question. The affidavit of claim will also claim the copy of the certified land patent as well in this counter-claim and the heir/assign being noticed as Sharon-Renee-Lloyd: Al. TIFFANY ENG/Defendant estate had the burden of proof in their original false claim to prove that their estate has a higher status of ownership and they have not proven anything in their complaint recorded in the municipal administrative system (**Exhibit B TIFFANY ENG COMPLAINT in MUNICIPAL**). The claim of TIFFANY ENG/Defendant estate is not authenticate; the claim of TIFFANY ENG/Defendant estate is damaging and false. The complaint is that Sharon-Renee-Lloyd: Al moved in after the sale from the foreclosure; Sharon-Renee-Lloyd: Al has been in possession of this LOT since 2009 and Sharon-Renee-Lloyd: Al successor trustee and Executrix of the SHARON RENEE LLOYD FOREIGN GRANTOR TRUST will give facts to these statements in this counter-claim. The Plaintiff is countering TIFFANY ENG/Defendant MUNICIPAL false claim and moving the counter-claim to the

NORTHERN DISTRICT in the amount of **$297,000.00 ($59,400.00 each Defendant)** for treason, harassment, false claim, misrepresentation, false statements, willful and wanton conduct and to destroy the constructive trust of TIFFANY ENG/Defendant estate and all other CORPORATIONS on the LOT in question.

TIFFANY ENG/Defendant and her mother Heidi Eng had came over to the LOT address in question to communicate with whomever they found at the LOT address in June 2018; after they had supposedly purchased a structure on a LOT address they had never seen in real time. TIFFANY ENG/Defendant and Hedi Eng (Defendant mom) had left a non authenticated TEN DAY NOTICE OF TERMINATION (**Exhibit C TEN DAY NOTICE OF TERMINATION**) without the affidavit being completed with a notary stamp and authenticated autograph of a notary/court clerk with the correct postage to assure that the items inside is not fraudulent and the sender of the notice is not trying to evade mail fraud. There was no due process considering no notary stamp was affixed to the affidavit by Defendant, no autograph of notary/court clerk, while evading fraud by just leaving the rolled up TEN DAY NOTICE OF TERMINATION in the mailbox having no correct postage.

A month after the visit from TIFFANY ENG/Defendant and her mother Heidi Eng, someone came and left an envelope in the mail box at the LOT address in question from the law firm of Robert A. Habib/Defendant; which did not go through the post office for correct due processing recording; this is evading mail fraud again. The information in the envelope left in the mail box was the same TEN DAY NOTICE OF TERMINATION (**Exhibit C**) left in the mail box the 1st time which generated the SHARON RENEE LLOYD FOREIGN GRANTOR TRUST EXECUTRIX LETTER. Within 3 days after the drop off of the first envelop Sharon-Renee-Lloyd: Al sent to the law firm for TIFFANY ENG/Defendant a certified with return receipt Trust Executrix Letter (**Exhibit D SHARON RENEE LLOYD FOREIGN GRANTOR TRUST EXECUTRIX LETTER**) with a copy of the Land Patent with a yellow high-lighted Section Township and Route of the patent where the LOT address in question is located, responding to their (TIFFANY ENG/Defendant estate and agents) attempt to contract.

TIFFANY ENG/Defendant and TIFFANY ENG/Defendant trustees/agents/Defendants were put on notice that if they continued with this false claim of ownership without proving that they held a higher level of ownership with a certified land patent that pre-dated the one that is being held by Sharon-Renee-Lloyd: Al/Heir they all will be sued for harassment; they continued and their actions resulted to this counter-claim by SHARON RENEE LLOYD FOREIGN GRANTOR TRUST/Plaintiff for possession of the land within the land patent that is assigned to Sharon-Renee-Lloyd: Al/Heir who is in fee simple absolute possession of the LOT and Certified Land Patent; and also accrued damages from the claim that is being countered.

## STATEMENT OF FACTS

1. The Inhabitant/Assign Sharon-Renee-Lloyd: Al is the Successor Trustee in possession of the land described as: 4856 South Winchester in Chicago Illinois-Territory located in Section 7 Township 38 Route 14 (third page of the certified land patent; **Exhibit A**) and check LOT address on page 1 of this counter-claim.

2. Sharon-Renee-Lloyd: Al is a Natural Inhabitant/Landlord/Executrix who has claimed the land described in this counter-claim which is lodial by fee simple absolute in possession and as being the land patent holder who had accepted the assignment to the land patent in which the Heir/Assign is recording in this administrative system as well at this time. This fact has been filed in the Northern District (**Exhibit E NORTHERN DISTRICT REGISTRATION OF PATENT /TRADEMARKS**) by Sharon-Renee-Lloyd: Al whom is a Natural Inhabitant who has a certified Land Patent in her possession for the LOT address in question (**Exhibit A**).

   > "Congress has sole power to declare the dignity and effect of titles emanating from the United States; and the whole legislation of the Federal Government, in reference to the public lands, declares the patent the superior and conclusive evidence of legal title." **Langdon v Sherwood, 124 U.S. 74, 84.**

3. Sharon-Renee-Lloyd: Al/Heir/Successor Trustee is in the position to preserve the LOT address in question and full land patent.

4. Sharon-Renee-Lloyd: Al/Heir is in fee simple absolute possession of the LOT address in question and the contracts that are and were in place where TIFFANY ENG/Defendant estate contracted falsely to the LOT address in question is fraudulent and null & void.

   > "Grant of land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." **Wineman v. Gastrell, 2 U.S. App. 581.**

5. Sharon-Renee-Lloyd: Al/Heir relieved all CORPORATIONS acting as trustees for the LOT address described, from the land patent claimed by Sharon-Renee-Lloyd: Al/Heir in a claim that is being administrated here at this time in the NORTHERN DISTRICT (**Exhibit E**)..

   > "A patent is the highest evidence of title and is conclusive as against the government and all claiming under junior patents or titles." **U.S. v. Stone, 2 US 525.**

6. Sharon-Renee-Lloyd: Al/Heir/Owner in Possession attached the land to her Revocable Trust by obtaining and adding the certified copy of the original land patent (**Exhibit A Certified**

Copy of Land Patent). Sharon-Renee-Lloyd: Al/Heir/Owner in Possession also is exempt from all taxation (**Exhibit F copy of IRS Foreign EIN number**).

> "After exclusive jurisdiction over lands within a State have been ceded to the United States, private property located thereon is not subject to taxation by the State, nor can state statutes enacted subsequent to the transfer have any operation therein." **Surplus US Trading Company v. Cook, 281 U.S. 647**

7. The fiduciary (presiding judge/clerk) in this venue is being directed to balance the book-entry by putting the value into the Plaintiff's trust account from the counter-claim and remove the TIFFANY ENG/Defendant estate false claim on the LOT address in question with prejudice. Sharon-Renee-Lloyd: Al/Heir/Owner in Possession is the appointed fiduciary and Successor Trustee for the land patent and all accounts for the LOT address in question.

8. TIFFANY ENG/Defendant estate agents/attorneys/Defendants did not prove in their complaint that TIFFANY ENG/Defendant estate has higher and rightful ownership of the land which is owned in fee simple absolute in possession by the Inhabitant/Sharon-Renee-Lloyd: Al who is the heir of the fee simple absolute in possession and assigned of the certified land patent (**Exhibit A**).

> "A grant of land is a public law standing on the statute book of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." **Wineman v. Gastrell, 54 FED. 819, 4 CCA 596, 2 US App 581**

9. Sharon-Renee-Lloyd: Al/Heir has been preserving this LOT in question since the year 2009. Sharon-Renee-Lloyd: Al/Heir had built a team who assisted her with rehabbing the property on the LOT in question. Her team mates and positions is as follows: John Lloyd (little brother) he was to pay for the labor for all the properties Sharon-Renee-Lloyd: Al obtained from the title company in California and Earl Counter paid for the supplies; Sharon-Renee-Lloyd: Al negotiated 5 pieces of property that needed work, so for no fee is how she obtained the LOTS, which was her position in the trio business deal; obtain the LOTs to be preserved. For the five properties secured four was to invest as a team to rehab and sale (which John Lloyd was also manager over and lost those deals) and one was for Sharon-Renee-Lloyd: Al to invest and build her Trust Estate; being the LOT in question.

10. The first rental application and home visit for the LOT in question in 2009 was by Sharon-Renee-Lloyd: Al/Heir. Sharon-Renee-Lloyd: Al/Heir placed the first tenants to live on the LOT in the first floor front unit. Sharon-Renee-Lloyd: Al/Heir rented to the very first tenant which turned out to be the last tenant to move out in March 2017 from (4856 S. Winchester in Chicago Illinois-Territory) the LOT address in question (**Exhibit G Sue and Michael Rental Application**).

11. In 2009 Sharon-Renee-Lloyd: Al/Heir had an error and incomplete delivery from HOME DEPOT off 47th and Western (which is in the neighborhood of the LOT) 10/05/2009 and on 10/16/2009 the delivery was corrected and completed. This delivery was delivered to SHARON LLOYD which is (**Exhibit H HOME DEPOT CORRECTED DELIVERY SHEET**) typed on the delivery sheet. This delivery sheet was the second delivery because they had forgotten a piece of the order that was being delivered and routed to the address where Sharon-Renee-Lloyd: Al/Heir was living at that time during the rehab of the 4 unit. They originally put Sharon-Renee-Lloyd: Al delivery to her address on the document by mistake and not the address of the first order to 4856 S. Winchester; the store had to correct it on the sheet but the delivery in their system for this transaction will show that they delivered the supplies needed in 20 minutes of acknowledgment for delivery.

12. Sharon-Renee-Lloyd: Al/Heir is providing as evidence in this filing that John Lloyd her brother knew Madeleine Benitez before she obtained a warranty deed on the LOT in question with the help of his current business partner Scott Oh (**Exhibit I Warranty Deed for Madeleine Benitez for 4856 S. Winchester**). Madeleine Benitez and John Lloyd were both defendants in the circuit court municipal under case numbers **1998-M1-724438 BECK BRUCE DBA BECK PROPERTIES v. MADELINE BENITEZ & JOHN LLOYD** and **1999-M1-703842 BECK BRUCE DBA BECK PROPERTIES v. MADELINE BENITEZ & JOHN LLOYD (This information can be found on-line with the CLERK OF THE COOK COUNTY CIRCUIT COURT).**

13. Sharon-Renee-Lloyd: Al/Heir allowed John Lloyd to be in the management position for the 4 unit in question because she was already managing a 2 flat that she assisted John Lloyd to prep to sell to Earl Counter's wife located at 6203 S. Loomis (**Exhibit J-1 rental application for 6203 S. Loomis 1st and 2nd floor and receipts for the 2 tenants deposit and move in rent) (Exhibit J-2 receipts for furnace installation at Loomis location, Winchester location and Wilcox location and back siding for Winchester receipt [Wilcox location is one of the five LOTs Sharon-Renee-Lloyd: Al verbally contracted to have in her possession]) (Exhibit J-3 Receipt for Sharon-Renee-Lloyd: Al from Earl Counter for management assistance at 6203 S. Loomis**).

14. Sharon-Renee-Lloyd: Al/Heir can also prove that the complaint of the Defendants is a false claim when they state that Sharon-Renee-Lloyd: Al/Heir had moved in after the foreclosure sale. Sharon-Renee-Lloyd: Al/Heir had filed in the foreclosure proceedings before the foreclosure went through September 5, 2017 (**Exhibit K response to foreclosure and sale by Sharon-Renee-Lloyd: Al**). Sharon-Renee-Lloyd: Al/Heir had put the patent in a revocable trust that she created an IRS Foreign EIN (**Exhibit F copy of the original IRS EIN number**) and used the EIN to activate the natural energies/utilities for the LOT address

in question before the foreclosure sale; the CORPORATIONS shortened the name of the account because the name of the trust is too long but the EIN is correct (**Exhibit L-1 PEOPLES GAS STATEMENT for location in question [4856 South Winchester]**) (**Exhibit L-2 COMED STATEMENT for location in question**).

15. John Lloyd was a disloyal trustee and he had always been on the location up until the end of the year 2017 in December (**Exhibit M JOHN LLOYD NOTICE OF INTENT TO FILE EVICTIONS ACTION AND DEMAND FOR POSSESSION**); Sharon-Renee-Lloyd: Al/Heir readied the 2nd floor with heat for the winter by putting the gas service on in the trust name which they shortened the name to LLOYD FOREIGN GRANTOR TRUST (**Exhibit L-1 PEOPLES GAS Statement for 2nd floor rear**); they used the EIN given for the trust to set up the account (**Exhibit F IRS EIN for Foreign Grantor Trust**).

16. John Lloyd lied and told PREMIERE ASSETS/WELLS FARGO BANK, N.A. that he was living there on the location still to where on March 26, 2017 WELLS FARGO BANK, N.A. sent John Lloyd and unknown occupants on the 2nd floor rear a NOTICE OF INTENT TO FILE EVICTIONS ACTION AND DEMAND FOR POSSESSION (**Exhibit M NOTICE OF INTENT TO FILE EVICTIONS ACTION AND DEMAND FOR POSSESSION**). WELLS FARGO BANK, N.A. never filed the eviction actions due to the filing of Sharon-Renee-Lloyd: Al/Heir in the CHANCERY in COOK COUNTY September 5, 2017 (**Exhibit K filing for September 5, 2017**).

17. This counter-claim is the results of a false claim, misrepresentation and harassment damages. The Defendants filed a false claim in regards to who is in the rightful position of possession; the Defendants also stated that Sharon-Renee-Lloyd: Al/Heir moved in to the 4 unit after the foreclosure sale which is also a false statement. The Defendants (attorneys) misrepresented himself by allowing his assistant to stand in the open court as Robert Habib July 30, 2018 (**Exhibit P-1 July 30, 2018 Order**); there's only one appearance filed on the record for one attorney that will be representing TIFFANY ENG/Defendant and that appearance is Robert Habib/Defendant. That act is known as willful and wanton conduct and false representation and misleading statements.

18. Robert Habib/Defendant was certified with return receipt an Executrix Letter from the SHARON RENEE LLOYD FOREIGN GRANTOR TRUST letting him and his firm know that Sharon-Renee-Lloyd: Al/Heir is a land patent holder and in the rightful position of fee simple absolute in possession. In that very same letter it states that they would be sued for harassment if they continued any further. Now they are being sued for false claim, harassment, false representation, misleading statements and willful and wanton conduct.

19. TIFFANY ENG/Defendant only holds a colorable deed for the fraudulent sale of the LOT in question fraudulently sold by the CORPORATION/WELLS FARGO, BANK N.A; this corporation did not have authority from the patent holder to sale anything. WELLS FARGO BANK, N.A. did not receive authorization from the highest document held in ownership in possession of the land patent Sharon-Renee-Lloyd: Al/Heir to sale anything on the LOT in question. They were aware of the fact that they could not evict a land patent holder off the land; so agents for WELLS FARGO BANK, N.A. sold the LOT in question to a young uneducated woman telling her not to contact anyone on the LOT in question before the sale; she was ignorant to the facts in territory and patents and WELLS FARGO BANK, N.A. took advantage of her for fee and in order to harm Sharon-Renee-Lloyd: Al/Heir. CORPORATION/WELLS FARGO BANK, N.A. a pre-dated land patent because CORPORATIONS cannot own land which is in fee simple; in order to hold the highest title of ownership to a land patent you can only be an inhabitant; only the inhabitant can claim the land.

20. The fraud had got out of control with WELLS FARGO, et al all CORPORATIONS and the judges/attorneys are working on behalf of these fraudulent acting CORPORATIONS and agents. Due to fraud that is being committed, the Inhabitants have been harmed in the profitable fraud that has been making the Inhabitants homeless and the property value go down due to unmanaged conditions. The judge that acted in the foreclosure and sale of the LOT in question in this claim (and many more) is John C. Curry/Defendant. John C. Curry/Defendant is being charged with treason, false claim, misleading statements, false representation and personating an administrative official. John C. Curry/Defendant does not have in the file with the SECRETARY OF STATE OF ILLINOIS INDEX DEPARTMENT an authentic oath of office; it is missing the penmanship of the director of the administrative system stating the date John C. Curry/Defendant started on the payroll for the administrating system. John C. Curry/Defendant is missing the penmanship of the director and date he was put on the payroll (**Exhibit N copy of John C. Curry Oath of Office**) which means that he does not work for them.

21. The fraudulent foreclosure and sale carried over into the MUNICIPAL DEPARTMENT into Judge Anthony Swanagan's/Defendant venue. In this venue Sharon-Renee-Lloyd: Al/Heir had mentioned that she was going to be moving this claim to the NORTHERN DISTRICT on a counter-claim and Anthony Swanagan/Defendant had informed Sharon-Renee-Lloyd: Al/Heir that a step was missing in the process but he could not assist with disclosing the actual step itself. Anthony Swanagan/Defendant granted the eviction with a 7 day stay because he said he had to carry out whatever that was going on in the chancery claim (even if it was fraudulent).

22. When Anthony Swanagan/Defendant was asked did he take an oath of office his reply was that he did not need an oath of office to sit the seat he was in. Sharon-Renee-Lloyd: Al/Heir/Executrix had two witnesses/Landlords/Land patent holders in the venue who heard this statement from Judge Anthony Swanagan/Defendant. Everyone who was left in the venue heard Anthony Swanagan/Defendant state that he did not need an oath of office, including the other defendants; Sharon-Renee-Lloyd: AL has obtained a copy of Anthony Swanagan/Defendant colorful oath of office showing that Anthony Swanagan/Defendant is personating an administrative official (**Exhibit O Anthony Swanagan oath of office**). Both judges are being charged with **treason pursuant 18 U.S. Code § 2381, conspiracy against rights pursuant 18 U.S. Code § 241, fraudulent statement pursuant 18 U.S.C. § 1001, false and misleading representation 15 U.S.C. § 1692e, personating an administrative official for the United States/judge pursuant 18 U.S.C. § 912** and **willful and wanton conduct 745 ILCS 10/1-210**; neither one of these judges oath of office have the signature of the director of the administrative system stating when they began on the payroll.

23. The two judges/Defendants could have corrected the fraud but instead they assisted the CORPORATION with harming the People/Inhabitants including harming Sharon-Renee-Lloyd: Al/Heir/Inhabitant. The agents/servants/Defendants willful and wanton conduct is attached to some kick backs for all of the fraudulent foreclosures and sales; considering these judges oath of office confirm them not being on the payroll of the administrative system. The judges/Defendants damaged the Heir/Sharon-Renee-Lloyd: Al instead of honoring the United States Constitution, United Nations Declaration on the Rights of Indigenous People, Peace and Friendship Treaty between Morocco and the United States and the Illinois Constitution; they are charged with treason.

24. The agents involved in the false claim that is being countered, for filing false statements, personating an administrative official and committing grand theft considering the property is valued over $950 are being charged for their actions. Robert Habib/Defendant and his assistant/Defendant (his name will be requested in a subpoena), Judge John Curry/Defendant and Judge Anthony Swanagan/Defendant will be charged with **treason pursuant 18 U.S. Code § 2381, conspiracy against rights pursuant 18 U.S. Code § 241, fraudulent statement pursuant 18 U.S.C. § 1001, false and misleading representation 15 U.S.C. § 1692e, personating an administrative official for the United States/judge pursuant 18 U.S.C. § 912** and **willful and wanton conduct 745 ILCS 10/1-210**. The Plaintiff is countering the eviction in order to continue to be in possession of the LOT in question which is within the land patent being held by the Plaintiff and pursuant **735 ILCS 5/13-205** and the **United States of America Constitution Article 4** the Plaintiff is due this redress and the right to continue her possession of the LOT she is in fee simple absolute possession of currently.

## LAWS INVOLVED AND BEING USED

**Fee Simple Absolute in Possession**
>*A legal estate showing ownership. The property will go to heirs. AKA fee simple.*

**42 Vt. 686**
>*Fee-Simple signifies a pure fee; an absolute estate of inheritance; that which a person holds inheritable to him and his heirs general forever. It is called 'fee-simple,' that is, 'pure,' because clear of any condition or restriction to particular heirs, being descendible to the heirs general, whether male or female, lineal or collateral. It is the largest estate and most extensive interest that can be enjoyed in land, being the entire property therein, and it confers an unlimited power of alienation.*

***CORPORATION***
***Definition from the BLACK'S LAW DICTIONARY***
***See: Case of Sutton's Hospital, 10 Coke. 32***
>*An <u>artificial person</u> or <u>legal entity</u> created by or under the authority of the laws of a state or nation, composed, in some rare instances, of a single person and his successors, being the incumbents of a particular oltice, but ordinarily consisting of an <u>association</u> of numerous individuals, who subsist as a <u>body politic</u> under a special <u>denomination</u>, which is regarded in law as having a <u>personality</u> and existence distinct from that of its several members, and which is, by the same authority, vested with the capacity of continuous succession, irrespective of changes in its membership, either <u>in perpetuity</u> or for a limited term of years, and of acting as a unit or single <u>individual</u> in matters relating to the common purpose of the association, within the scope or the powers and <u>authorities</u> conferred upon such bodies by law.*

***INHABITANT***
***Definition from Black's Law Dictionary***
>*"The words 'inhabitant,' 'citizen,' and 'resident,' as employed in different constitutions to define the qualifications of electors, mean substantially the same thing; and one is the inhabitant, resident and citizen at the place where he has his domicile or home."Cooley, Const. Dim. \*600. But the terms "resident" and "inhabitant" have also been held not synonymous, the latter implying a more fixed and permanent abode than the former, and importing privileges and duties to which a mere resident would not be subject. Tazwell County v. Davenport, 40 111. 197.*

***AMERICAN COMMUNICATION ASSOCIATION v. Douds,*** 339 U.S. 382, 442 (1950)
>*It is not the function of the government to keep the Citizen from falling into error; it is the function of the Citizen to keep the government from falling into error.*

*Waring v. Mayor of Savannah,* 60 Georgia at 93

*In this state, as well as in all republics; it is not legislation, however transcendent its powers, who are supreme – but the People – and to suppose that they may violate the fundamental law is, as has been most eloquently expressed, to affirm that the deputy is greater than his principal; that the servant is greater than his master; that the representatives of the people are superior to the people themselves; that the men acting in virtue of delegated powers may do, not only what their powers do not authorize, but what they forbid.*

*CONTINENTAL CASUALTY CO. v. UNITED STATES,* 113 F.2d 284, 286 (5th Cir. 1940)

*Public officers are merely the agents of the public, whose powers and authority is defined and limited by law. Any act without the scope of the authority so defined does not bind principal; all persons dealing with such agents are charged with knowledge of the extent of their authority.*

United States Constitution, Bill of Rights, Article IV

<u>*The right of the People*</u> *to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched and the person or things to be seized.*

United States Constitution, Bill of Rights, Article V

*No person shall be held to answer for a capital, or otherwise infamous, crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in land or naval forces, or in the Militia, when in actual service, in time of War, or public danger; nor shall any person be subject, for the same offense, to be twice put in jeopardy of life and limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.*

United States Constitution, Bill of Rights, Article I

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or* <u>*the right of the people*</u> *peaceably to assemble, and to petition the Government for a redress of grievances.*

16Am Jur 2d., Sec. 155

*Since the Constitution is intended for the observance of* <u>*the judiciary*</u> *as well as* <u>*other departments of government*</u> *and* <u>*the judges are sworn*</u> *to support it provisions, the courts are not at liberty to overlook or disregard its command or counteract evasions thereof, it is their duty in authorized proceedings to give full effect to the existing constitution and* <u>*to obey all constitutional provisions*</u> *irrespective of their opinion as to*

*the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case <u>to declare a law unconstitutional cannot be declined and must be performed</u> in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. If the Constitution prescribes one rule and the statute another in a different rule, <u>it is the duty of the courts to declare that the Constitution and not the statute governs in cases before them for judgment.</u>*

***Chisholm v. Georgia,*** 2 Dall 419, 471
***Penhallow v. DOANE'S ADMINISTRATORS,*** 3 Dall 54, 93
***McCullock v. MARYLAND,*** 4 Wheat 316, 404, 405
***Yick Wo. V. Hopkins,*** 118 US 356, 370 (1886)
>*In the United States, sovereignty resides in the People, who act through the organs established by the Constitution.*

***Ellington v. Dye,*** 178 Ind. 336
99 NE 1
231 U.S. 250
58 L. Ed. 206
34 S. Ct. 92
***Sage v. NEW YORK,*** 154 NY 61
47 NE 1096
>*A Constitution is designated as a Supreme enactment, a fundamental act of legislation by People of the State. A Constitution is legislation direct from the people acting in their sovereign capacity, while a statute is legislation from the representatives, subject to limitations prescribed by superior authority.*

***Perry v. UNITED STATES,*** 294 U.S. 330, 353 (1953)
>*The Congress cannot revoke the Sovereign power of the People to override itself as thus declared.*

***STATE v. Doherty,*** 60 Maine 504, 509 (1872)
>*The expressions 'due process of law' and 'law of the land' have the same meaning.* * * *
>*The 'law' intended by the Constitution is <u>the common law</u> that had come down to us from our forefathers, as it exited and was understood and administered when that instrument was framed and adopted.*

***Murray's Lessee v. HOBOKEN IMP. CO.,*** 18 How. (59) 272, 276 (1853)
>*It is manifest it was not left to the legislative power to enact any process which might be devised. The [due process] article is a restraint on the legislative as well as on the*

*executor and judicial powers of government, and cannot be so construed as to leave congress free to make any process 'due process of law,' by its mere will.*

**16 Am Jur, Sec 177 late 2d, Sec 256**

*The general misconception is that any state statute passed by legislator bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the Supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This succinctly stated as follows:*

*The general rule is that an unconstitutional statute, though having the form and name law is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment and not merely from the date of the unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.*

*Since an unconstitutional law is void, the general principals follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it.*

*A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby.*

*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*

**Pursuant United Nations Declaration of Rights of the Indigenous People Article 18 and Article 19:**

**Article 18:** *Indigenous peoples have the right to participate in decision-making in matters which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.*

**Article 19:** *States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.*

**United States v. Lee, 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261:**

*No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in the system of government, and every man who by accepting office participates*

*in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives.*

*Shall it be said… that the courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any law authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights*

## UNITED NATIONS DECLARATIONS OF RIGHTS OF THE INDIGENOUS PEOPLE

*Article 26 (1) – Indigenous Peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.*

*Article 26 (2) – Indigenous Peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those which they have otherwise acquired.*

*Article 26 (3) – States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.*

*Article 27 – States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to the indigenous peoples laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources including those which were traditionally owned or otherwise occupied or used. Indigenous Peoples shall have the right to participate in this process.*

*Article 28 (1) – Indigenous Peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.*

*Article 28 (2) – Unless otherwise freely agreed upon by the people concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.*

## SUMMARY

Sharon-Renee-Lloyd: Al/Heir/Owner in Possession claim the land mentioned in this counter-claim & the Defendants did not offer any facts into their claim proving them to be correct in their statement that Sharon-Renee-Lloyd: Al/Heir moved in after the foreclosure sale or documents proving that TIFFANY ENG/Defendant has a higher right in ownership for possession of the LOT than Sharon-Renee-Lloyd: Al/Heir. Correcting this matter now assures that this matter will never be brought back into any venue by the Defendants; or any other CORPORATIONS. This case is *prima facie* evidence of willful and wanton conduct in regards to TIFFANY ENG/Defendant agents Robert Habib/Defendant-**13519** [supposedly was the man in open court August 6, 2018 (**Exhibit P-2 August 6, 2018 Order**)] and Robert Habib assistant/Defendant-**29829** [who on July 30, 2018 stood in open court as Robert Habib (**Exhibit P-1 July 30, 2018 Order**)], Judge Anthony Swanagan/Defendant from municipal & Judge John Curry/Defendant from chancery. The Plaintiff had two witnesses (Sean-Ivan-Wells: El and Jonathan-Jack: Griffin/also land patent holders/Landlords/Executors) in the venue on both dates.

Judge Anthony Swanagan/Defendant stated in open court that he does not need an Oath of Office to sit in the judge seat. All servants acting in an administrating system as an official employee is suppose to have an Oath of Office with the signature of the director of the administrative system with the date the judge began on the payroll, be bonded and insured, with a power of attorney to send law suits to in case the people cannot locate the servant/agent. The Plaintiff is submitting a subpoena with this claim to obtain all of the agents/servants bonds, insurance information, TIN, EIN or SSN and power of attorney information to be entered into evidence for the record. All of the public servants working in an attorney/judge capacity should have one and make it available or be charged for personating an administrative official or attorney; these are high crimes.

Therefore, Sharon-Renee-Lloyd: Al/Heir/Owner in Possession/Executrix order that all fees and funds that were mentioned in this counter-claim and from the venue are balanced by the Defendants. The funds for this counter claim should be placed in cashier's checks in the name of the Heir/Sharon-Renee-Lloyd: Al.

Wherefore, Defendants (TIFFANY ENG estate and agents/servants) have 48 days (45 days trust law and 3 days rescissions act) to have ready for the Heir/Owner in Possession/Sharon-Renee-Lloyd: Al settlement in a cashier's check for the counter claim or the amount will accrue.

Sharon-Renee-Lloyd: Al                                    August 10, 2018

---
Autographed By: Sharon-Renee-Lloyd: Al/Executrix                    Date

Sharon-Renee-Lloyd: Al

P.O. Box 9479
Chicago, Illinois-Territory [60609]
(312) 852-1764

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON RENEE LLOYD FOREIGN GRANTOR TRUST,
    Plaintiffs

v.                                   Case No.

TIFFANY ENG & el at,                   Judge Presiding
    DEFENDANTS

## AFFIDAVIT OF CLAIM

I, Sharon-Renee-Lloyd: Al the authorized Landlord/Patent Holder certified by the UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT (**Exhibit A - Copy of Certified Land Patent, Declaration of Acceptance of the Land Patent Assignment, Secretary of State Department of Transportation Affidavit of Adverse Possession, and metes and bounds**) and being a heir/assign of this fee simple absolute in possession. This affidavit of claim is to provide for the record the factual landlord/land patent holder/Sharon-Renee-Lloyd: Al and counter-claim. DEFANDANTS previous claim in municipal processing did not follow the due process and Robert Habib (attorney for TIFFANY ENG) was two men with the same name and two different attorney numbers in the orders given in the previous claim in the municipal (**18M1710595** and **18M1710593**).

The DEFENDANTS claim in the municipal was a false statement, misleading, false representing in regards to the land in question and there are fraudulent ties to WELLS FARGO questionable sale to TIFFANY ENG and harassment from the DEFANDANTS after an Executrix Letter (**Exhibit D Executrix Letter with Certified Receipt and Return Receipt**) was certified mailed with return receipt to the DEFNDANTS TIFFANY ENG attorney Robert Habib. The Plaintiff met Robert Habib-**29829** June 30, 2018 according to the CONTINUANCE ORDER (**Exhibit P-1 CONTINUANCE ORDER**); the Plaintiff and witnesses heard the Robert Habib -**13519** August 6, 2018 (**Exhibit P-2 EVICTION ORDER**) state in an open court that the agent who came stood at the bench and represented TIFFANY ENG was his assistant and not Robert Habib at all; two different agents from ROBERT HABIB LAW OFFICE and only one appearance was filed in the name Robert Habib. Robert Habib **29829** & **13519** were both personating one Robert Habib with the one appearance filed; this is deception; and willful and wanton conduct. The agents/Robert Habib (1 & 2) will be charged according to their actions.

Sharon-Renee-Lloyd: Al/Heir is looking for equitable estoppels and damages in the amount of **$297,000.00 USD ($59,400.00 each Defendant)** or gold coins. This affidavit of claim is stating that the land/territory that Sharon-Renee-Lloyd: Al/Inhabitant/Heir is preserving has been in the possession of the plaintiff and heir before the fraudulent sale of the property on the land within the land patent being held in trust by the plaintiff. **LOT 24 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF PARTS OF SECTIONS 6 AND 7, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS** is in fee simple absolute in possession by the very heir/patent

holder/Plaintiff. The plaintiff will provide copies of utility statements (**Exhibit L-1 PEOPLES GAS & Exhibit L-2 COMED**), the first rental agreement to the first and last tenant for the property on the LOT in question (**Exhibit G Sue & Michael Renting agreement from 10-23-2009**), copy of receipt from having 4 78,000 BTU furnaces installed at 4856 S. Winchester (**Exhibit J-2 1st receipt from Clarence C. Patterson for the furnaces and installation dated 09/23/2009**), and a receipt from HOME DEPOT, INC. located at 47th and Western for supplies being delivered 10/16/2009 that was supposed to have been delivered 10/05/2009 with the rest of the supplies for LLOYD, SHARON (**Exhibit H HOME DEPOT, INC Receipt dated 10/16/2009**).

The agents involved in the false claim that is being countered, for filing false information, personating an administrative official and committing grand theft considering the property is valued over $950 are being charged for their actions. Robert Habib and his assistant (his name will be requested in a subpoena), Judge John Curry and Judge Anthony Swanagan will be charged with **treason pursuant 18 U.S. Code § 2381, conspiracy against rights pursuant 18 U.S. Code § 241, fraudulent statement pursuant 18 U.S.C. § 1001, false and misleading representation 15 U.S.C. § 1692e, personating an administrative official for the United States/judge pursuant 18 U.S.C. § 912** and **willful and wanton conduct 745 ILCS 10/1-210.** The Plaintiff is countering the eviction in order to continue to be in possession of the LOT in question which is within the land patent being held by the Plaintiff and pursuant **735 ILCS 5/13-205 and United States of America Constitution Article 4** the Plaintiff is due this redress and possession of the LOT she is in possession of currently.

## STATEMENT OF FACTS

The fact is that Sharon-Renee-Lloyd: Al/Heir has been in fee simple absolute back dating to September 2009 in evidence and is still in fee simple absolute in possession today of the LOT in question; also known as 4856 South Winchester, Chicago Illinois-Territory [60609]. Sharon-Renee-Lloyd: Al/Heir was even in possession of the LOT before Madeleine Benitez obtained a deed (**Exhibit I – Deed for Madeleine Benitez**). Sharon-Renee-Lloyd: Al/Heir spoke with the Trust Title Company in regards to rehabbing the property and paying $450.00 a month for rent with option to buy for the 4 unit building after the work was done in the winter of 2009 when the first apartment was rented. Sharon-Renee-Lloyd: Al/Heir left her little brother John Lloyd in the management position considering Sharon-Renee-Lloyd: Al/Heir was managing another 2 flat (**Exhibit J-1 Receipts from having furnace and installation at Loomis, Winchester and Wilcox plus back siding receipt for Winchester**) (**Exhibit J-3 Receipts of Sharon Lloyd being compensated for managing 6203 W. Loomis**) (**Exhibit J-2 Rental application for the 2 tenants Sharon-Renee-Lloyd: Al rented the apartments to; Jesse and Pam Lee 2nd floor and Earlene Morris 1st floor and receipts for deposit and rent**) at the same time as rehabbing the 4 unit in question. John Lloyd was a disloyal trustee in the manager position and he took advantage of the position and had his girlfriend refinance the 4 unit acting as the woman who originally put in place the agreement for possession of the 4 unit; which was/is Sharon-Renee-Lloyd: Al/Heir had no knowledge.

The Heir/landlord/land patent holder/Sharon-Renee-Lloyd: Al is aware that once the land is placed in trust under the sole disposition of the United States it stands there until someone makes

a proper claim for it and because the Constitution forbids the United States from owning it, they must grant it to the inhabitant that proves their proper claim to it; that is when the land is granted to the proper claimant and that grant is made patent under the hand and seal of the president. The facts from Sharon-Renee-Lloyd: Al/Heir ([**Exhibit A**] Copy of the Certified Land Patent [for the LOT address in question], Northern District claim and Registrar of Patents/Trademarks [**Exhibit E**], TIFFANY ENG 10 DAY NOTICE OF TERMINATION [**Exhibit C**], SHARON RENEE LLOYD FOREIGN GRANTOR TRUST EXECUTRIX LETTER [**Exhibit D**], and receipts of certifying the executrix letter with the post office) are given with this filing.

Every State within the Union of States (with the exception of Republic of Texas) granted their un-appropriated lands to the dispossession of the United States as a condition of statehood. As people acquired land, under the various acts of Congress the President signed the patents securing the patented rights to the patent holder, their heirs and assigns forever. The Heir/landlord/land patent holder/Sharon-Renee-Lloyd: Al being the certified patent holder is claiming the land in question and proving in exhibits this fact and more facts.

There are many cases where the United States Supreme Courts has supported the fact that the land patent certifies absolute and supreme title to land. There are no cases where the courts ever ruled against the properly obtained Land Patents. The land patent that is given in evidence within this counter-claim is certified from the UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT.

TIFFANY ENG/Defendant estate and agents/Defendants are committing fraudulent activities trying to evict the Heir/Patent Holder/Landlord/Sharon-Renee-Lloyd: Al off the land and the Heir/Landlord/Patent Holder/Sharon-Renee-Lloyd: Al is looking for equitable estoppels and damages due to harassment.

_Sharon-Renee-Lloyd: Al_    _August 10, 2018_

Authorized-Executrix                                     Date

_Sean-Ivan-Wells: El_    _August 10, 2018_

Witness                                                          Date

# EXHIBIT A



United States Department of the Interior

Bureau of Land Management
Eastern States
20 M Street, SE, Suite 950
Washington, DC 20003
http://www.es.blm.gov



FEB 2 8 2017

TO WHOM IT MAY CONCERN:

**I HEREBY CERTIFY THAT** the attached reproduction(s) is an exact copy of the official document on file in this office.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the seal of this office to be affixed on the above day and year.

_____
Authorized Signature

Telephone (703)440-1600 or Fax (703)440-1609

ES 1845.1 (Nov 2011)

See act of Aug 3/04 & Cons. Letter to Gov. Ills. Aug 24/04
& Inst. to Reg. R. Land State.

37.

Samuel MacKellen Esq.
Washington City

General Land Office
March 27th 1845 —

Sir,

In accordance with your request I enclose herewith certified copies of all the selections on file in this office made by the State of Illinois under the act of 2nd March 1827 entitled "an act to grant a quantity of land to the State of Illinois for the purpose of aiding in opening a Canal to connect the waters of the Illinois River with those of Lake Michigan & the 2nd section of the act of 29" August 1842 supplemental thereto.

Very respectfully,
Your obt servt
Tho. H Blake
Commissioner

P.37

Whereas by the act of Congress approved on the second day of March one thousand eight hundred and twenty seven, entitled " An Act to grant a quantity of land to the State of Illinois, for the purpose of aiding in opening a canal to connect the waters of the Illinois River with those of Lake Michigan" it is provided that there should be "granted to the State of Illinois for the purpose of aiding the said State in opening a Canal to unite the waters of the Illinois River with those of Lake Michigan a quantity of land equal to one half of five sections in width on each side of said Canal, and reserving each alternate section to the United States, to be selected by the Commissioner of the Land Office under the direction of the President of the United States, from one end of the said Canal to the other; and the said lands shall be subject to the disposal of the Legislature of the said State, for the purpose afore. said and no other". Be it Known that the following described tracts or Sections of land, North of the Base Line and East of the Third principal meridian line are hereby designated as being a portion of those tracts intended to be granted by the United States unto the State of Illinois by the said act of Congress upon the conditions and for the purposes therein mentioned and no other.

March 5" 1830 —

Andrew Jackson

*Continued*

| Section | Township | Range | Section | Township | Range | Section | Township | Range | |
|---|---|---|---|---|---|---|---|---|---|
| Twenty five | 37 | 11 | Thirteen | 38 | 12 | Thirty five | 38 | 13 | 640.00 |
| Twenty seven | " | " | Fifteen | " | " | One | 39 | 13 | 640.72 |
| Twenty nine | " | " | Seventeen | " | " | Nine | " | " | 640.00 |
| Thirty one | " | " | Nineteen | " | " | Eleven | " | " | 640.00 |
| Thirty three | " | " | Twenty one | " | " | Thirteen | " | " | 640.00 |
| Thirty five | " | " | Twenty three | " | " | Fifteen | " | " | 640.00 |
| Thirteen | 38 | 11 | Twenty five | " | " | Seventeen | " | " | 640.00 |
| Twenty three | " | " | Twenty seven | " | " | Nineteen | " | " | 638.81 |
| Twenty five | " | " | Twenty nine | " | " | Twenty one | " | " | 640.00 |
| Twenty seven | " | " | Thirty one | " | " | Twenty three | " | " | 640.00 |
| Twenty nine | " | " | Thirty three | " | " | Twenty five | " | " | 640.00 |
| Thirty one | " | " | Thirty five | " | " | Twenty seven | " | " | 640.00 |
| Thirty three | " | " | Twenty five | 39 | 12 | Twenty nine | " | " | 640.00 |
| Thirty five | " | " | Twenty seven | " | " | Thirty one | " | " | 634.13 |
| One | 37 | 12 | Thirty three | " | " | Thirty three | " | " | 640.00 |
| Three | " | " | Thirty five | " | " | Thirty five | " | " | 640.00 |
| Five | " | " | Nine | 37 | 13 | Three | 38 | 14 | 630.09 |
| Seven | " | " | Seven | " | " | Five | " | " | 642.51 |
| Nine | " | " | One | 38 | 13 | Seven | " | " | 640.00 |
| Eleven | " | " | Three | " | " | Nine | " | " | 640.00 |
| Thirteen | " | " | Five | " | " | Eleven | " | " | 620.00 |
| Fifteen | " | " | Seven | " | " | Seventeen | " | " | 640.00 |
| Seventeen | " | " | Nine | " | " | Nineteen | " | " | 637.00 |
| Nineteen | " | " | Eleven | " | " | Three | 39 | 14 | 93.24 |
| Twenty one | " | " | Thirteen | " | " | Five | " | " | 657.20 |
| Twenty three | " | " | Fifteen | " | " | Seven | " | " | 640.00 |
| Twenty seven | " | " | Seventeen | " | " | Nine | " | " | 640.00 |
| Twenty nine | " | " | Nineteen | " | " | Fifteen | " | " | 642.10 |
| Thirty one | " | " | Twenty one | " | " | Seventeen | " | " | 640.00 |
| One | 38 | 12 | Twenty three | " | " | Nineteen | " | " | 640.00 |
| Three | " | " | Twenty five | " | " | Twenty one | " | " | 672.03 |
| Five | " | " | Twenty seven | " | " | Twenty seven | " | " | 640.00 |
| Seven | " | " | Twenty nine | " | " | Twenty nine | " | " | 631.00 |
| Nine | " | " | Thirty one | " | " | Thirty one | " | " | 640.00 |
| Eleven | " | " | Thirty three | " | " | Thirty three | " | " | 640.00 |
| | | | | | | Thirty five | " | " | 640.00 |
| | | | | | | Nineteen | 40 | 14 | |
| | | | | | | Twenty one | " | " | |
| | | | | | | Twenty nine | " | " | |
| | | | | | | Thirty one | " | " | |
| | | | | | | Thirty three | " | " | |

*Approved May 21st 1830*

*Andrew Jackson*

43.

General Land Office
March 27th 1845

I Thomas H. Blake Commissioner of the General Land Office do hereby certify that the foregoing is a true and literal copy of the original, on file in this Office.

In testimony whereof, I have hereunto subscribed my name, and caused the seal of this Office to be affixed; at the City of Washington, on the day and year above written.

83.649.11
575.26
9/4,224.37 Total

E.D.3

Tho. H. Blake
Commissioner of
the General Land
Office.

---

Selected by the State of Illinois for "Canal purposes."
Abstract of Land at the Land Office at Dixon Illinois
In Report of Commissioner's of 14th November 1842.

| When Examined | Section or part of Section | No of Section | No of Township | No of Range | Acres | 100ths |
|---|---|---|---|---|---|---|
| October 27th 1842 | Whole of | 26 | 27 | 10 E | 640 | ~ |
| " " " | " " | 34 | " | " | 640 | ~ |
| " " " | " " | 35 | " | " | 640 | ~ |
| " " " | " " | 36 | " | " | 640 | ~ |
| November 10th 1842 | " " | 6 | 26 | 11 E | 635 | 26 |
| " " " | " " | 8 | " | " | 640 | ~ |
| " " " | " " | 9 | " | " | 640 | ~ |
| " " " | " " | 10 | " | " | 640 | ~ |
| " " " | " " | 11 | " | " | 640 | ~ |
| | | | | | 5755 | 26 |

Register's Office Dixon Illinois
November 19th 1842.

I John Hogan, do hereby certify, the above to be a true abstract of the lands selected in this District for "Canal purposes" as per Report of the Commissioners now on file"

John Hogan
Register.

Approved 24th February 1843
J. Tyler

138-75-

General Land Office
March 27th 1845 —

I, Thomas H. Blake, Commissioner of the General Land Office do hereby certify that the above is a true and literal copy of the original on file in this Office. List of Selections made by the authorities of the State of Illinois under the provisions of the 2nd Section of the act of 29th August 1842, in lieu of certain lands located by said State under the act of 2nd March 1827, but which had been sold and patented to individuals by the United States, before the location by the aforesaid State had been approved.

In testimony whereof I have hereunto subscribed my name and caused the seal of this office to be affixed at the City of Washington on the day and year above written.

Tho. H. Blake
Commissioner
of the General Land
Office —

| RECORDING REQUESTED BY and when recorded mail to:<br><br>Sharon-Renee-Lloyd: Al<br>Non-domestic mail, Zip Code Exempt per<br>DMM 602.1.3e.2, TITLE 18 USC § 1341-1342<br>℅ 4856 South Winchester Avenue<br>Private Post Mailbox Number 9479<br>Chicago, Illinois-Territory<br><br>(use EXACT address and mailing location as shown above) | |
|---|---|
| | SPACE HEREIN ABOVE FOR RECORDER'S USE |

### DECLARATION OF ACCEPTANCE OF LAND PATENT ASSIGNMENT
FROM ORIGINAL LAND PATENT KNOW ALL MEN BY THESE PRESENTS:

That Sharon-Renee-Lloyd: Al, an aboriginal wombman, does hereby certify and declare as follows:
That she accepts the assignment, as an Heir or Assigns, of all Rights pertaining to the below described Land and property, including, but not limited to the Land Patent secured rights named within the original Land Patent given in this package.

(1) **THE LAND PATENT SECURED LAND**: The character of said Land and property so secured by said Land Patent, together with all the rights, powers, titles, interests, authorities, immunities and appurtenances of whatsoever nature thereunto belonging, are here legally described and referenced as: Patent notes describing 91,424.37 acres of land (See Attachment), more or less, certified by the UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, Eastern States, 20 M. Street, SE, Suite 950, Washington, DC 20003. These legal descriptions are also being secured by Sharon-Renee-Lloyd: Al with this same land patent: The legal description **LOT 24 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF PARTS OF SECTIONS 6 AND 7, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS** is (within this same land patent) being called 3,750 SQFT of land conveyed to MADELEINE BENITEZ by WARRANTY DEED recorded in the COOK COUNTY REORDER OF DEEDS, on 08/05/2011, which has no jurisdiction over the patent (My assignment is of the attached lawful description and the entire lands in original Land Patent); The legal description **LOT 13 (EXCEPT THE SOUTH 40 FEET THEREOF) AND THE SOUTH 40 FEET OF LOT 14 IN BLOCK 6 IN COMPANY'S RESUBDIVISION OF BLOCK 6 AND THE WEST PART OF BLOCK 5 (EXCEPT THE SOUTH 30 FEET IN PRINK'S RESUBDIVISION OF THE NORTH 36 ½ ACRES OF THE EAST ½ OF THE SOUTHEAST ¼ OF SECTION 8, AND THE NORTH 36 ¼ ACRES OF THE WEST ½ OF THE SOUTHWEST ¼ OF SECTION 9, TOWNSHIP 39 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS** is within this same land patent being called 2,024 SQFT of land conveyed to Emily Simmons and quitclaimed to Sharon-Renee-Lloyd: Al; The legal description **LOT 25 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF PARTS OF SECTIONS 6 AND 7, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS** is within this same land patent being called 3,000 SQFT.

**(2) NOTICE AND EFFECT OF A LAND PATENT**. "A grant of land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." **Wineman v. Gastrell, 54 FED. 819, 4 CCA 596, 2 US App 581**. "A patent alone passes title to the Grantee." **Wilcox v. Jackson, 12 PET (U.S.) 498, 10 L.Ed. 264**. "All questions of fact decided by the General Land Office are binding everywhere, and injunctions and mandamus proceedings will not lie against it." **Litchfield v Register, 9 Wall (U.S.) 575, 10 L.Ed. 681**. "Where the United States has parted with title by patent legally issued and upon surveys legally made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes." **Cage v. Danks, 13 LA. Ann. 128**.

**(3) LAND TITLE AND TRANSFER**. The existing system of land transfer is a long and tedious process involving the observance of many formalities and technicalities, a failure to observe any one of which may defeat title, even where these have been traced to its source, the purchaser must, but at his peril, there always being, in spite of the utmost care and expenditure, the possibility that his title may turn out bad: **Yeakle, Torrens System 209**. If said assignment of the related Land Patent is not properly challenged within sixty days (60), in a court of law; it being a Common Law Article III court; as no statutory court, State court, legislative unit, (non-Article III court) has any jurisdiction/venue to set aside, annul, discourse or correct a Land Patent; it stands as a certainty, because no other vested party has followed the proper steps to secure lawful title. The final certificate or receipt acknowledging the payment in full by a homesteader or preemptor is not in legal effect a conveyance of land. **U.S. v Steenerson, 50 FED 504, 1 CCA 552, 4 U.S. App. 332**

**WHEREFORE**, said Land Patent secured Rights stand as assigned forever secured in accord with the terms set in said original Land Patent signed and sealed under the signature of the Governor of the state of Texas. Further, declarant sayeth naught.

Autograph: Sharon-Renee-Lloyd: At

Sharon-Renee-Lloyd: Al, Elector, an aboriginal wombman, and an Heir or Assigns
**Witness Acknowledgment**

State of Illinois )
            ) ss
County of Cook )

On this 30th day of April, 2018, before me the undersigned, a Witness in said State, personally appeared Sharon-Renee-Lloyd: Al, known to me to be the aboriginal wombman whose name is subscribed in the within instrument, and acknowledged to me that she knowingly executed the same of her own free will and choice. Purpose of Jurat is for oath and identification only and cannot be used to indicate entry into any foreign jurisdiction. Executor also deposes and declares that she is competent to testify that she generated the foregoing document, has read and knows the contents thereof and that the matters therein stated are true, correct and complete, to the best of her knowledge.

Sean-Ivan-Wells: El

Autograph and Seal of a Landowner Witness

 **Illinois Department of Transportation**

**Affidavit of Adverse Possession**
(Color of Title)

State of    Illinois        )

                           ) ss.

County of    Cook        )

I,    Sharon-Renee-Lloyd: Al              , being duly sworn on oath state that I am the fee simple owner of:

See Attached Legal Description

That I acquired title to the above described property from N/A by N/A dated March 4, 2009, and recorded in the Recorder's Office of COOK County, Illinois dated March 4, 2009 in Book/Page N/A.

That I went into possession on or about the date of that said deed as the owner of said land, which possession has continued uninterrupted until the date of this affidavit. I have been in possession of said property claiming title thereto for more than 9 years immediately preceding the date hereof. I have paid the taxes on said realty each year for the past 9 years as well as cutting the grass thereon, improving, fencing, and doing all acts necessary in the maintenance of the said property. That my possession of this real estate has at all times been exclusive, and my occupancy has always been peaceable and undisturbed.

I further aver that my ownership of the above described property has at all times been with color of title, open, notorious, adverse, hostile, undisturbed, complete, continuous, visible and exclusive.

I have read the above affidavit and state that all the statements contained therein are true.

Sharon-Renee-Lloyd: Al
Affiant

Sharon-Renee-Lloyd: Al
Print Name

This instrument was acknowledged before me on    June 5, 2018    by

(SEAL)

OFFICIAL SEAL
SEAN I WELLS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/25/18

Notary Public

### Sharon-Renee-Lloyd: Al Illinois-Territory Location
### (4856 &4858 South Winchester Avenue Chicago Illinois-Territory [60609])

NORTHEAST – LATITUDE: 41.805097° / LONGITUDE: 87.673554°
NORTHWEST – LATITUDE: 41.805098° / LONGITUDE: 87.673968°
SOUTHEAST – LATITUDE: 41.804972° / LONGITUDE: 87.673503°
SOUTHWEST – LATITUDE: 41.804957° / LONGITUDE: 87.673964°

### METES AND BOUNDS

Beginning at the Latitude 41.805098° and the Longitude 87.673968° , thence South 89.86° East for 150.9 feet to a post, thence South 22.2° East for 49.2 feet to a post, thence South 88.14° West for 168.2 feet to a post, thence North 1.63° West for 51.4 feet to the place of the Beginning, containing 7,771.0 square feet

# EXHIBIT B

Return Date: 7/30/2018

Hearing Date: 7/30/2018 9:30 AM - 9:30 AM

Complaint for Eviction Only                    (05/25/18) CCM 0021

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

MUNICIPAL DEPARTMENT,  FIRST  MUNICIPAL DISTRICT

FILED
7/12/2018 3:28 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 7/12/2018 3:28 PM  20181710593

TIFFANY ENG

Location: District 1 Court                    Plaintiff    Case No.    20181710593
Cook County, IL                v.
Sharon-Renee Lloyd , and All Unknown Occupants       Return Date:    Return Date: 7/30/2018

                                          Defendant

**COMPLAINT**                    Courtroom Number: 1302

The Plaintiff(s) claim(s) as follows:

1.  The Plaintiff(s) is/are entitled to an Eviction Order for the following described premises:

    4856 S. WINCHESTER  1ST FLOOR  REAR

    CHICAGO, IL  60609

2.  Defendant(s) unlawfully withhold possession of the premises from the Plaintiff(s) for the following reason:
    a.    The Defendant(s) failed to pay rent.
    b.    The Defendant(s) held over after the tenancy ended.
    c.    The Defendant(s) breached the terms of the lease by:

    d.  •  Other   Defendant illegally occupied property after Foreclosure Sale
        (Insert specific facts showing how Defendant is unlawfully withholding possession.)

3.  The Plaintiff(s) seeks an Eviction Order.

                                          Attorney for Plaintiff(s)/Plaintiff Pro se

I/We,   TIFFANY ENG                       , on oath state that I/we am/are the Plaintiff(s) in
the above entitled action. The allegations in this complaint are true.

•  Atty. No.: 13519          Pro Se 99500

Atty Name:  ROBERT HABIB                          Attorney for Plaintiff(s)

Atty. for:  PLAINTIFF                     Under penalties as provided by law pursuant to 735
Address:  77 W WASHINGTON STREET #1506    ILCS 5/1-109 the abovesigned certifies that the
                                          statements set forth herein are true and correct.
City:  CHICAGO              State:   IL

Zip:  60602

Telephone:  312-201-1421

Primary Email:  ROBHABIB77@GMAIL.COM

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**   cookcountyclerkofcourt.org
Page 1 of 1

Complaint for Eviction Only     (05/25/18) CCM 0021

FILED
7/12/2018 3:50 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, __FIRST__ MUNICIPAL DISTRICT

TIFFANY ENG

                 Plaintiff

v.

Sharon-Renee LLoyd, and All Unknown Occupants

                 Defendant

Case No. 20181710595

Return Date: Return Date: 7/30/2018
Courtroom Number: 1302
Location: District 1 Court
Cook County, IL

**COMPLAINT**

The Plaintiff(s) claim(s) as follows:

1. The Plaintiff(s) is/are entitled to an Eviction Order for the following described premises:

   4856 S. WINCHESTER  2ND FLOOR  REAR

   CHICAGO, IL  60609

2. Defendant(s) unlawfully withhold possession of the premises from the Plaintiff(s) for the following reason:
   a.    The Defendant(s) failed to pay rent.
   b.    The Defendant(s) held over after the tenancy ended.
   c.    The Defendant(s) breached the terms of the lease by:

   d. •   Other __Defendant illegally occupied property after Foreclosure Sale__

   (Insert specific facts showing how Defendant is unlawfully withholding possession.)

3. The Plaintiff(s) seeks an Eviction Order.

                     Attorney for Plaintiff(s)/Plaintiff Pro se

I/We, __TIFFANY ENG__ , on oath state that I/we am/are the Plaintiff(s) in the above entitled action. The allegations in this complaint are true.

• Atty. No.: 13519      Pro Se 99500

Atty Name: ROBERT HABIB

Atty. for: PLAINTIFF

Address: 77 W WASHINGTON STREET #1506

City: CHICAGO      State: IL.

Zip: 60602

Telephone: 312-201-1421

Primary Email: ROBHABIB77@GMAIL.COM

                 Attorney for Plaintiff(s)

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

FILED DATE: 7/12/2018 3:50 PM  20181710595

# EXHIBIT C

LAW OFFICE OF ROBERT HABIB
ATTORNEY & COUNSELOR AT LAW
77 W WASHINGTON STREET
SUITE 1506
CHICAGO, IL 60602

Sharon-Renee-Lloyd  and All Uknown
Occupants
4856 S. Winchester 2nd Floor Front
Chicago, Illinois 60609

# TEN-DAY NOTICE OF TERMINATION

You are hereby notified that tenancy or lease of the premises situated in Chicago County of Cook, State of Illinois and known as and described as follows to wit : 4856 S. Winchester, Chicago, Illinois together with all buildings, storage areas, parking spaces, garages and recreational spaces used in conjunction with said premises, will be terminated as follows:

The undersigned elects to terminate your tenancy of said premises. Such termination will become effective after 10 Days, and you are hereby notified to quit and deliver up possession at that time.

TO: Sharon-Renee-Lloyd  and All Uknown Occupants
     4856 S. Winchester 1ˢᵗ Floor Front
     Chicago, Illinois 60609

TIFFANY ENG (Owner)

STATE OF ILLINOIS     }
COUNTY OF COOK        }

**AFFIDAVIT OF SERVICE**

Served by _____ being duly sworn, on oath deposes and state that on the _____ day of _____, _____ he/she served the above notice on the tenant named above, as follows:

☐    (1) by delivering a copy thereof to the named tenant, _____.
☐    (2) by delivering a copy thereof to _____, a person above the age of thirteen (13) years of age, residing on or in charge of the above described premises.

☐    (3) by sending a copy thereof to said tenant by certified mail, return receipt requested, postage prepaid, at the address for the tenant at the beginning of the tenant's occupancy/lease or at such other address as tenant may subsequently have designated by written notice.

**Under penalty of perjury as provided by law pursuant to 735 ILCS 5/1-109, IL. COMPILED STATUTES, I certify that the statements set forth in this instrument are true and correct, and the undersigned verily believes same to be true.**

_____
                           **AFFIANT**

# TEN-DAY NOTICE OF TERMINATION

You are hereby notified that tenancy or lease of the premises situated in Chicago County of Cook, State of Illinois and known as and described as follows to wit : 4856 S. Winchester, Chicago, Illinois together with all buildings, storage areas, parking spaces, garages and recreational spaces used in conjunction with said premises, will be terminated as follows:

The undersigned elects to terminate your tenancy of said premises. Such termination will become effective after 10 Days, and you are hereby notified to quit and deliver up possession at that time.

TO: Sharon-Renee-Lloyd  and All Uknown Occupants
    4856 S. Winchester 1st Floor Rear
    Chicago, Illinois 60609

TIFFANY ENG (Owner)

STATE OF ILLINOIS     }
COUNTY OF COOK        }

**AFFIDAVIT OF SERVICE**

Served by _____ being duly sworn, on oath deposes and state that on the _____ day of _____, _____ he/she served the above notice on the tenant named above, as follows:

☐     (1) by delivering a copy thereof to the named tenant, _____.
☐     (2) by delivering a copy thereof to _____, a person above the age of thirteen (13) years of age, residing on or in charge of the above described premises.
☐     (3) by sending a copy thereof to said tenant by certified mail, return receipt requested, postage prepaid, at the address for the tenant at the beginning of the tenant's occupancy/lease or at such other address as tenant may subsequently have designated by written notice.

Under penalty of perjury as provided by law pursuant to 735 ILCS 5/1-109, IL. COMPILED STATUTES, I certify that the statements set forth in this instrument are true and correct, and the undersigned verily believes same to be true.

_____
**AFFIANT**

# EXHIBIT D

```
==================================
            CARDISS COLLINS
       433 W HARRISON ST FL LBBY
                CHICAGO
                   IL
              60699-9208
              1615030804
06/21/2018    (800)275-8777   7:11 PM
==================================

==================================
Product                  Sale      Final
Description               Qty       Price

First-Class                1       $1.42
Mail
Large Envelope
     (Domestic)
     (CHICAGO, IL  60602)
     (Weight:0 Lb 2.20 Oz)
     (Estimated Delivery Date)
     (Saturday 06/23/2018)
Certified                  1       $3.45
     (@@USPS Certified Mail #)
     (70180680000148359648)
Return                     1       $2.75
Receipt
     (@@USPS Return Receipt #)
     (9590940241478092171307)
$1 Patriotic               5       $5.00
Wave
     (Unit Price:$1.00)

Total                             $12.62

Cash                              $20.00
Change                           ($7.38)
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

             Preview your Mail
             Track your Packages
             Sign up for FREE @
          www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
        Thank you for your business

         HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

               Go to:
      https://postalexperience.com/Pos

     840-5606-0006-004-00024-67009-03

           or scan this code with
           your mobile device:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LAW OFFICE OF ROBERT HABIB
C/O Tiffany Eng
77 W. Washington
Chicago, IL 60602

9590 9402 4147 8092 1713 07

2. Article Number (Transfer from service label)

7018 0680 0001 4835 9648

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CHICAGO, IL 60602

| Certified Mail Fee | $3.45 | | 0804 |
| $ | | | 18 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.42

$

Total Postage and Fees $7.62

06/21/2018

$

Sent To LAW OFFICE OF ROBERT HABIB
Street and Apt. No., or PO Box No. 77 W Washington /Tiffany Eng
City, State, ZIP+4® Chicago IL 60602

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0680 0001 4835 9648



SHARON RENEE LLOYD FOREIGN GRANTOR TRUST
Care of the Executor Office
P.O. BOX 9479 Chicago [60609]
Illinois. North America Territory U.S.A.

Done by the light of day one nine, June two-zero one-eight.

YOUR DATE ABOVE

===========================================

===========================================

LAW OFFICE OF ROBERT HABIB
ATTORNEY AND COUNSELOR AT LAW
77 WEST WASHINGTON STREET, SUITE 1506
CHICAGO ILLINOIS
U.S.A [60602]

To: LAW OFFICE OF ROBERT HABIB C/O Tiffany Eng
From: Executrix Office to SHARON RENEE LLOYD FOREIGN GRANTOR TRUST;
Regarding: 10-DAY NOTICE OF TERMINATION

As occupant to the executrix office to SHARON RENEE LLOYD FOREIGN GRANTOR TRUST
you are herein warranted that your 10-DAY TERMINATION is frivolous; if you so choose to move
forward in this matter the Executrix office request the bond for the parties involved to be relinquished to
the address below.

Sharon-Renee-Lloyd: Al is the assigned to the original certified land patent obtained by the UNITED
STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT and pursuant
**Litchfield v. Register, 9 Wall (U.S.) 575, 10 L.Ed. 681**"All questions of fact decided by the General
Land Office are binding everywhere, and injunctions and mandamus proceedings will not lie against it."

Any fraudulent sale of any real estate on the land is void considering the assign did not sell it or authorize
a sale by any other agent pursuant **Wineman v. Gastrell, 54 FED. 819, 4 CCA 596, 2 US App 581** "A
grant of land is a public law standing on the statute books of the state, and is notice to every subsequent
purchaser under any conflicting sale made afterwards."

Tiffany Eng is not a land patent holder and does not have fee simple absolute in possession of the territory
described as:

**Beginning at the Latitude 41.805098° and the Longitude 87.673968° , thence South 89.86° East for
150.9 feet to a post, thence South 22.2° East for 49.2 feet to a post, thence South 88.14° West for
168.2 feet to a post, thence North 1.63° West for 51.4 feet to the place of the Beginning, containing
7,771.0 square feet**

The legal description **LOT 24 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF
PARTS OF SECTIONS 6 AND 7, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD
PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS**

If this matter goes any further than this executrix letter, the Executrix will file a suit against the LAW
OFFICES OF ROBERT HABIB and Tiffany Eng for harassment to the land patent holder in fee simple
absolute in possession.

A copy of the certified land patent will be given to show high-lighted the legal description for the land in
question. Pursuant **WEFF V. U.S., 165F.263, 277, 91C.C.A 241** "A patent to the land is a judgment of
the Land Department and a conveyance of the title in execution of it to the party adjudged entitled. And,
when the land described was within the jurisdiction and subject to the disposition of the land department,
it is impervious to collateral attack." This will be the very same fact/evidence that will be given later in
the DISTRICT COURT located at 219 S. Dearborn in Chicago Illinois; considering territory in a federal
question.



SHARON RENEE LLOYD FOREIGN GRANTOR TRUST
Care of Executrix Office
P.O. BOX 9479
Chicago. [60609] Illinois-Territory
North America Territory

Please note my authority as occupant of the executrix office to SHARON RENEE LLOYD FOREIGN GRANTOR TRUST and that any and all future postal material that was previously sent to 4856 S. Winchester 2nd Floor Front Chicago IL [60609] for SHARON RENEE LLOYD/Sharon-Renee: Lloyd or any derivation thereof shall immediately be directed to the above postal location. This matter is herein adjourned.

Govern yourself accordingly.

By: Executrix  *Sharon-Renee-Lloyd. Al*
Sharon-Renee-Lloyd: Al
SHARON RENEE LLOYD FOREIGN GRANTOR TRUST
Care of Executrix Office
P.O. BOX 9479
Chicago [60609] Illinois-Territory
North America Territory


Sworn and subscribed before me this 20th day of JUNE 2018 in Cook County, State of Illinois.

Notary Public

My Commission Expires 6/25/18

seal

```
OFFICIAL SEAL
SEAN I WELLS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/25/18
```

# EXHIBIT E



**RECEIVED**

**JUL 23 2018**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

312-435-5670

**Thomas G. Bruton**
**Clerk**

July 16, 2018

**Sharon Renee Lloyd**
PO Box 9479
Chicago, IL 60609

Re: Lloyd v. Wells Fargo
USDC Case Number:   **1:18-cv-04823**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 3049 | 10/1/1839 | Sharon-Renee-Lloyd: A1 |
| 4696 | 05/20/1840 | Sharon-Renee-Lloyd: A1 |
| 3708 | 10/1/1839 | Sharon-Renee-Lloyd: A1 |
| Act to grounds of land | 03/27/1845 | Sharon-Renee-Lloyd: A1 |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ B. Gudausky
Deputy Clerk

| PATENT, CERTIFICATE # & ACTS TO GORUND OF LAND | PATENT DATE | HOLDER OF PATENT &/OR ACT TO GROUNDS OF LAND |
|---|---|---|
| 4174 | October 1, 1839 | Walter-Aaron: Wells |
| Act to grounds of land | March 27, 1845 | King-Kofi-Tamir-Neo-Lior: Bey |
| 4034 | February 1, 1848 | Janet-Cee: Freeman |
| Act to grounds of land | March 27, 1845 | Ramessu-Ali: Bey |
| Act to grounds of land | March 27, 1845 | Brenotta-Galia: Bennett |
| 4205 | October 1, 1839 | Kevin J. King |
| Act to grounds of land | March 27, 1845 | Sean-Ivan-Wells: El |

| PATENT, CERTIFICATE # & ACTS TO GORUND OF LAND | PATENT DATE | HOLDER OF PATENT &/OR ACT TO GROUNDS OF LAND |
|---|---|---|
| 4151 | October 1, 1839 | Sean-Ivan-Wells: El |
| 3394 | October 1, 1839 | Sean-Ivan-Wells: El |
| 4825 | June 1, 1850 | Sean-Ivan-Wells: El |
| 3195 | October 1, 1839 | Sean-Ivan-Wells: El |
| 3269 | October 1, 1839 | Sean-Ivan-Wells: El |
| 14.727 | February 11, 1847 | Jonathan-Jack: Griffin |
| | | |

# EXHIBIT F

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:   08-24-2016

Employer Identification Number:
98-6083125

002281.690671.465044.3858 1 MB 0.419 530
ıılᵗıllllᵗᵗᵗᵖᵗᵗlｊᵖᵗllᵖᵗᵖᵗᵗᵖᵖᵗlｊlᵖᵗlllｊｊᵖᵗｊｊᵖᵗᵖᵗlｊｊᵖᵗｊᵖᵗ

Form:   SS-4

Number of this notice:   CP 575 D



SHARON RENEE    LLOYD FOREIGN GRANTOR
TR
SHARON RENEE LLOYD AL TTEE
7337 S SOUTH SHORE DR APT 1411
CHICAGO  IL    60649

For assistance you may call us a
1-800-829-4933

02281

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned
you EIN 98-6083125.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very
important that you use your EIN and complete name and address exactly as shown above.
Any variation may cause a delay in processing, result in incorrect information in your
account, or even cause you to be assigned more than one EIN.  If the information
is not correct as shown above, please make the correction using the attached tear-off
stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 1041                    04/15/2017

If you have questions about the form(s) or the due dates(s) shown, you can call
us at the phone number or write to us at the address shown at the top of this notice.
If you need help in determining your annual accounting period (tax year), see
Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or
your representative.  It is not a legal determination of your tax classification
and is not binding on the IRS.  If you want a legal determination of your tax
classification, you may request a private letter ruling from the IRS under the
guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue
Procedure for the year at issue).  Note: Certain tax classification elections can
be requested by filing Form 8832, Entity Classification Election.  See Form 8832
and its instructions for additional information.

# EXHIBIT G

4856 Winchester
1st flr Fet

# RENTAL APPLICATION

## PERSONAL DATA

| | |
|---|---|
| Name Susan Carlton | Social Security No. 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 |
| | Drivers Lic. No. —  Expir. Date — |
| Name of Co-Tenant Michael Veal | Social Security No. 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 |
| Present Address 4637 S Monore | Drivers Lic. No. —  Expir. Date — |
| City/State/Zip Chicago, ILL 60609  Res. Phone | Bus. Phone |
| How Long at Present Address 3 months  Landlord or Agent Octavio Garibay  Phone | |
| Current Rent $500.00  Rent Paid Through Nov - 09  Current Lease Expires N/A | |
| Previous Address 4808 S Winchester  How Long 7  Landlord or Agent Victor  Phone — | |
| City/State/Zip Chicago, IL 60609 | |
| Occupants } Relationships:  Ages: | Pets? |

## OCCUPATION

| | PRESENT OCCUPATION* | PRIOR OCCUPATION* | CO-TENANT'S OCCUPATION |
|---|---|---|---|
| Occupation | Disability | — | unemployment (lay of |
| Employer | $674.00 ↑ | | $546.00 bi weekly |
| Self-Employed, Doing Business As | Saw check stub | | Saw check stub expire August of 2010. |
| Business Address | | | |
| Business Phone | | | |
| Type of Business | | | |
| Position Held | | | |
| Name and Title of Supervisor | | | |
| How Long | | | |
| Monthly Gross Income | | | |

\* If employed or self-employed less than two years.
give same information on prior occupation

## REFERENCES

| Bank Reference: | | Address: | | Phone: | |
|---|---|---|---|---|---|
| CREDIT REFERENCE | ACCOUNT NO. | ADDRESS | HIGHEST AMOUNT OWED | PURPOSE OF CREDIT | ACCOUNT OPEN OR DATE CLOSED |
| N A | | | | | |
| | | | | | |
| PERSONAL REFERENCE | | ADDRESS | PHONE | LENGTH OF ACQUAINTANCE | OCCUPATION |
| Linda Blake | 5131 S Damen | | 863-5325 | 16 yrs. | Homemaker |
| NEAREST RELATIVE | | ADDRESS | PHONE | CITY | RELATIONSHIP |
| Jackie Moreno | 48th Winchester | | 823-1928 | S/yrs | Sister |
| | | | | | |

Have you filed a petition for bankruptcy? N O    Have you ever been evicted from any tenancy? N O
Have you ever willfully and intentionally refused to pay any rent when due? N O

I DECLARE THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT. I AUTHORIZE ITS VERIFICATION AND THE OBTAINING OF CONSUMER CREDIT REPORT.

I agree that Landlord may terminate any agreement entered into in reliance on any misstatement made above.

Applicant: Susan Carlton

Applicant: Michael Veal
Dated: 10-23-2009

S. Lloyd

# EXHIBIT H

```
                                      LLOYD                        1986-84316

.1lr471a                  HOME DEPOT, INC.              PAGE:           1
                        DELIVERY CONFIRMATION           DATE: 10/16/2009
STORE: 1986 47TH & WST                                 TIME: 07:10


.986-0000066-00-00-00----------------------------- DELIVERY NUMBER 1986-084316V22
Customer : LLOYD, SHARON                 Delivery Date: 10/16/2009 Time : NO PRE
Phone : (312) 671-9876                   Work : (312) 656-7126   Ext

Contact : LLOYD, SHARON                  Phone : (312) 671-9876   Ext
Company :                                Alt Phone: (312) 656-7126   Ext
Site : 200 N. PINE  4856 S WINCHESTER
         CHICAGO, IL 60644 09            Pager :

Cross St1:                               Cross St2:
Site Type: Existing building            Lot # :
Reference: SUPPLIES
Unusual Site Conditions:



Directions:



Special Instructions:
 CALL WHEN ON WAY PLEASE (20 MIN



UNATTENDED DROP: Unauthorized
```

Curbside Deliveries Only: You are purchasing merchandise that has been
designated by Home Depot for curbside delivery only. Your purchase
does not include delivery beyond curbside, on-premise or in-house
(Additional Services) or the installation/hook-up of merchandise (Non-included
Installation Services), and Home Depot has not authorized its Home Depot
Delivery Agent (Delivery Agent) to perform such Additional services or
Non-included Installation services. In the event you request, and Delivery agent
agrees to perform, Additional Services and/or Non-included Installation
Services, YOU ASSUME THE RISK OF AND FULL LIABILITY FOR, ANY RESULTING
PERSONAL INJURY, DAMAGE TO PROPERTY, OR DAMAGE TO MERCHANDISE. Also, any
Non-included Installation Services shall void any express or implied warranty
provided by the Home Depot and may void the manufacturer's warranty on the
merchandise so installed. By signing below, you acknowledge that you have read
and fully understand the terms of this waiver and release, and you intend it
to be a complete and unconditional release of all liability in regard to any
requested Additional Services and/or Non-included Installation Services.

```
ACCEPTED BY: SIGNATURE NOT CAPTURED            10/05/2009
_____
              CUSTOMER'S SIGNATURE DATE
```

```
                              LLOYD                         1986-84316

·dlr471a                    HOME DEPOT, INC.          PAGE:            2
                          DELIVERY CONFIRMATION       DATE: 10/16/2009
 STORE: 1986 47TH & WST                               TIME: 07:10
```

1986-0000066-00-00-00-------------------------- DELIVERY NUMBER 1986-084316V2

```
                                                   ----- QUANTITY ------
REF #   SKU         ITEM DESCRIPTION                ORDERED    DELIVERED
-----  -------  ------------------------------------ --------  -----------
R10    379-839  UNFINISHED OAK W30X30 HD              5.00         5.00
V22             Best Messenger Cour
```

WAS THERE ANY DAMAGE TO PROPERTY OR PRODUCT? (Circle One) Yes No

IF YES, PLEASE CLARIFY:

_____

_____

_____

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE ITEMS IN THE QUANTITIES SHOWN IN
THE "DELIVERED" COLUMN ABOVE:

_____
CUSTOMER'S NAME (PLEASE PRINT)

_____              _____
CUSTOMER'S SIGNATURE                         DRIVER'S SIGNATURE

1986-0000066-00-00-00-------------------- END OF DELIVERY NUMBER 1986-084316V22

# EXHIBIT I

GIT (8-4)
(TDA)

**WARRANTY DEED**
4400664 / **Statutory (Illinois)**

CAUTION: Consult a lawyer before using or acting under this form.
Neither the publisher nor the seller of this form makes any warranty
with respect thereto, including any warranty of merchantability or
fitness for a particular purpose.

THE GRANTOR:

**ROSS HARRIS, LLC, a California Limited Liability Company**

of the City of San Francisco, County of _____, State of California
for and in consideration of TEN DOLLARS ($10.00),
and other good and valuable considerations in hand paid,
CONVEYS and WARRANTS to

**MADELEINE BENITEZ,**
of Chicago, Illinois

the following described Real Estate situation in the County of Cook,
in the State of Illinois, to wit:

Doc#: 1121747032 Fee: $38.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 08/05/2011 11:24 AM Pg: 1 of 2

Above Space for Recorder's Use Only

LOT 24 IN BLOCK 23 IN CHICAGO UNIVERSITY SUBDIVISION OF PARTS OF SECTIONS 6 AND 7,
TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY,
ILLINOIS.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of
the State of Illinois. SUBJECT TO: building, building lines, zoning, covenants, easements,
conditions and restrictions of record and to General Taxes for 2010 and subsequent years.

Permanent Real Estate Index Number(s): 20-07-208-039-0000
Address(es) of Real Estate: 4856 SOUTH WINCHESTER, CHICAGO, ILLINOIS 60609

Dated July 26, 2011.

TERRI SABIN
COMM. #1935218
Notary Public - California
San Mateo County
My Comm. Expires May 6, 2015

_____ (SEAL)
MANAGING MEMBER
ROSS HARRIS, LLC

State of California, County of _SAN MATEO_ ) I, the undersigned, a Notary Public in and for said County, in the

State aforesaid, DO HEREBY CERTIFY that BENJAMIN J. HARRIS, Managing Member of ROSS HARRIS, LLC.,a

California Limited Liability Company personally known to me the be the same person whose name is subscribed to the

foregoing instrument, appeared before me this day in person, and acknowledged the he signed, sealed and delivered said

instrument as his free and voluntary act and with all lawful corporate atuhority , for the uses and purposes therein set

forth.

Given under my hand and official seal July 26th 2011.

Commission expires _May 6      2015_                    _Terri Sabin_



NOTARY PUBLIC

This document was prepared by JEFFREY D. JAVORS 111 West Washington Street Suite 1240 Chicago, IL 60602

**MAIL TO:**        SCOTT OH, ESQ.
203 NORTH LA SALLE STREET
SUITE 2100
CHICAGO, ILLINOIS 60601

**SEND SUBSEQUENT TAX BILLS TO:**

**MADELEINE BENITEZ**
**4856 SOUTH WINCHESTER**
**CHICAGO, ILLINOIS 60609**






TERRI SABIN
COMM #1935218
Notary Public · California
San Mateo County
My Comm. Expires May 6, 2015

| CITY OF CHICAGO | 0000010835 | REAL ESTATE TRANSFER TAX |
| JUL.29.11 | | 0112500 |
| REAL ESTATE TRANSACTION TAX DEPARTMENT OF REVENUE | | FP 103018 |

| STATE OF ILLINOIS | 0000001428 | REAL ESTATE TRANSFER TAX |
| JUL.29.11 | | 0015000 |
| REAL ESTATE TRANSFER TAX DEPARTMENT OF REVENUE | | FP 103014 |

| CITY OF CHICAGO | 0000010836 | REAL ESTATE TRANSFER TAX |
| JUL.29.11 | | 0045000 |
| REAL ESTATE TRANSACTION TAX DEPARTMENT OF REVENUE | | FP 103018 |

| COOK COUNTY REAL ESTATE TRANSACTION TAX | 0000052667 | REAL ESTATE TRANSFER TAX |
| JUL.29.11 | | 0007500 |
| REVENUE STAMP | | FP 103017 |

# EXHIBIT J-1

Loomis + + HR
Earl

# RENTAL APPLICATION

## PERSONAL DATA

| | |
|---|---|
| Name Earlean Morris | Social Security No. 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 |
| | Drivers Lic. No. State ID Expir. Date 2012 |
| Name of Co-Tenant | Social Security No. |
| Present Address 6226 S. Aberdeen St | Drivers Lic. No.        Expir. Date |
| City/State/Zip Chicago IL        Res. Phone | Bus. Phone |
| How Long at Present Address 2 yr. Landlord or Agent Bill Hall | Phone 723/41-8172 |
| Current Rent 600.00 Rent Paid Through | Current Lease Expires No Lease |
| Previous Address 6843 Undine? How Long 5 yr Landlord or Agent | Phone |
| City/State/Zip (Deceased) Marie Dunbar | |
| Occupants { Relationships:   Ages: | Pets? |

## OCCUPATION

| | PRESENT OCCUPATION* | PRIOR OCCUPATION* | CO-TENANT'S OCCUPATION |
|---|---|---|---|
| Occupation Soc Sec | 1,584.00 (a mon) | | |
| Employer Pension | 300.00 (a month) | | |
| Self-Employed, Doing Business As | | | |
| Business Address | | | |
| Business Phone | | | |
| Type of Business | | retired | |
| Position Held | | | |
| Name and Title of Supervisor | | | |
| How Long | | | |
| Monthly Gross Income | | | |

* If employed or self-employed less than two years,
give same information on prior occupation

## REFERENCES

| Bank Reference: | | Address: | | Phone: | | |
|---|---|---|---|---|---|---|
| CREDIT REFERENCE | ACCOUNT NO. | ADDRESS | HIGHEST AMOUNT OWED | PURPOSE OF CREDIT | ACCOUNT OPEN OR DATE CLOSED | |
| Renter | | | | | | |
| Georgia Dell | | 816-616-8364 | | | | |
| PERSONAL REFERENCE Cricket Nic walther | ADDRESS | | PHONE 752-692l | LENGTH OF ACQUAINTANCE | OCCUPATION | |
| Yolanda Tokfield | 74 pippen | | | | nerre | Sexual war |
| Emma Townsend | | | 486-1491 | Friend 15 yrs | RELATIONSHIP | |
| NEAREST RELATIVE | ADDRESS | | PHONE | CITY | | |
| Vanessa Hughley | | | 581-6167 | Chicago | neice | |

Have you filed a petition for bankruptcy? _____ Have you ever been evicted from any tenancy? _____
Have you ever willfully and intentionally refused to pay any rent when due? _____

I DECLARE THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT. I AUTHORIZE ITS VERIFICATION AND THE OBTAINING OF CONSUMER CREDIT REPORT.

I agree that Landlord may terminate any agreement entered into in reliance on any misstatement made above.

Applicant: Earlean Morris        Applicant: _____
Dated: _____

Loomis Earl 2nd fhr

# RENTAL APPLICATION

## PERSONAL DATA

357-62 3788

| | |
|---|---|
| Name Pamela + Jesse Lee | Social Security No. |
| Name of Co-Tenant | Drivers Lic. No. ID# State Expr Date 9-12-13 |
| Present Address 6226 So. Aberdeen | Social Security No. |
| City/State/Zip Chicago ILL 60621 Res. Phone | Drivers Lic. No. Expir. Date |
| How Long at Present Address 18 yrs Landlord or Agent Jill Hall | Bus. Phone |
| Current Rent 700.00 Rent Paid Through | Phone (773) 741-8172 |
| Previous Address 6843 So. Dorchew Song er Landlord or Agent | Current Lease Expires NO Lease |
| City/State/Zip Chicago Ill | Phone |
| Occupants } Relationships: Ages: | Pets? |

## OCCUPATION

| Jesse Lee info | PRESENT OCCUPATION* | PRIOR OCCUPATION* | CO-TENANT'S OCCUPATION |
|---|---|---|---|
| Occupation | Asst Engineer | | |
| Employer | ILL School Health | Career | |
| Self-Employed, Doing Business As | | | |
| Business Address | 11 East Adam | | |
| Business Phone | (312) 913-1230 | | |
| Type of Business | Medical college | | |
| Position Held | Asst Engineer | | |
| Name and Title of Supervisor | Dr. Villa | | |
| How Long | 4 yrs | | |
| Monthly Gross Income | 2900.00 month | | |

* If employed or self-employed less than two years,
give same information on prior occupation

## REFERENCES

| Bank Reference: | | Address: | | Phone: | |
|---|---|---|---|---|---|
| CREDIT REFERENCE | ACCOUNT NO. | ADDRESS | HIGHEST AMOUNT OWED | PURPOSE OF CREDIT | ACCOUNT OPEN OR DATE CLOSED |
| | | | | | |
| | | | | | |

| PERSONAL REFERENCE | ADDRESS | PHONE | LENGTH OF ACQUAINTANCE | OCCUPATION |
|---|---|---|---|---|
| Georgia Bell | 6215 So. Aberdeen | 776-2195 | 10 yrs | Home maker |
| Janie Mays | 6221 So Aberdeen | 306-0156 | 6 yrs | Home maker |
| NEAREST RELATIVE | ADDRESS | PHONE | CITY | RELATIONSHIP |
| Vanessa Hughley | | 581-6107 | | |

Have you filed a petition for bankruptcy? NO Have you ever been evicted from any tenancy? _____
Have you ever willfully and intentionally refused to pay any rent when due? _____

I DECLARE THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT. I AUTHORIZE ITS VERIFICATION AND THE OBTAINING OF CONSUMER CREDIT REPORT.

I agree that Landlord may terminate any agreement entered into in reliance on any misstatement made above.

Applicant: Jesse Lee          Applicant: Jesse Lee
                              Dated: 10/08-09

**RECEIPT**

DATE 10-14-2009     No. 001

RECEIVED FROM Earlean Morris     $900.00

Nine Hundred _____ DOLLARS

✓ FOR Security & Pro-rated rent for October.

| ACCOUNT | | ☑ CASH | FROM Oct. 15. 2009 TO 10·31·09 |
| PAYMENT | | ☐ CHECK | BY Sharon Lloyd |
| BAL. DUE | | ☐ MONEY ORDER | |

---

**RECEIPT**

DATE 10-15-09     No. 002

RECEIVED FROM Jesse Lee     $700.00

Seven Hundred _____ DOLLARS

✓ FOR Security deposit for Loomis

| ACCOUNT | | ☑ CASH | FROM 10-15-09 TO 10-30-09 |
| PAYMENT | | ☐ CHECK | BY Sharon Lloyd |
| BAL. DUE | | ☐ MONEY ORDER | |

---

**RECEIPT**

DATE 10-17-09     No. 003

RECEIVED FROM Jesse Lee     $400.00

Four Hundred _____ DOLLARS

✓ FOR pro-rated rent for October

| ACCOUNT | | ☑ CASH | FROM 10-17-09 TO 11-1-09 |
| PAYMENT | | ☐ CHECK | BY Sharon Lloyd |
| BAL. DUE | | ☐ MONEY ORDER | |

# EXHIBIT J-2

PROPOSAL



**McContracting Corporation of Illinois, Inc.**

*Carpentry Work*
*Residential and Commercial*

Office: P.O. Box 1771
Matteson, IL 60443-1771

Office · (708) 960-0664
Fax · (708) 960-0544

NUMBER _____

DATE _10/16/2010_

**JOB SITE INFORMATION:**

JOB NAME: _FURNACE_

JOB LOCATION: _6203 W Loomis_

JOB PHONE: _773) 626-5204_

**PROPOSAL SUBMITTED TO:**

NAME: _Sharon Lloyd_

ADDRESS: _327 N Menard_

CITY: _Chicago_     STATE: _IL._     ZIP CODE: _60644_

We hereby submit specifications and estimates for:

- CONNECT BASEMENT FURNACE STAT & REPLACE FILTER

- CONNECT ELECTRICAL, STAT & REPLACE BOARD AND BLOWER ON 2ND FLOOR FURNACE

NOTES: BASEMENT FURNACE A FEW DROPS ARE NOT CONNECTED
2ND FLOOR FURNACE DROPS IN CEILING ARE NOT CONNECTED

EXTRA 2ND FLOOR DROPS ARE CONNECTED
PAYMENT UPON COMPLETION OR AS AGREE

We hereby propose to furnish material and labor - complete in accordance with the above specifications for:

_____ dollars     $ _782._

Payment to be made as follows:

_____

All matter is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond Our Company. Owner is to carry necessary insurance. Our Company workers are fully covered by Workman's Compensation Insurance.

**Authorized Signature**

x _____

Note: This proposal may be withdrawn by us if not accepted within _15_ days

ACCEPTANCE OF PROPOSAL: The above prices and specifications are satisfactory and hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.
_10-18-10_

x _Sharon Lloyd_
Signature

x _____

**NOTES**

Install
(4) 78,000
BTu furnace
w/duct
included,
gas Lines
and electric

**RECEIPT** DATE 07/23/09 NO. 508026

RECEIVED FROM Clarence C. Patterson

ADDRESS 11423 S Lowe Chcago IL 60628

(708) 527-2792 $ 1,900.00

FOR 4856 S Winchester

| | | HOW PAID | | |
|---|---|---|---|---|
| ACCOUNT | 6500.00 | | | |
| AMT OF ACCOUNT | 1900.00 | CASH | | |
| AMT. PAID | 1500.00 | CHECK | 1500.00 | |
| BALANCE DUE | 6400.00 | MONEY ORDER | | BY |
| | 5300.00 | | | |

2001 REDIFORM 8L806

**A.N.B.B. inc**
**305 S Oak Park Ave**
**Oak Park, Il 60302**

Void

2-7092/2710

Check No.   1023

Date 10-13-09

Pay to the
Order of  Ernesto Castillo

$ 1450 00

One Thousand Four Hundred & Fifty

*DOLLARS*

Illinois/Service Federal Savings and Loan Assoication
4619 South Dr. Martin Luther King Jr Dr
Chicago,Illinois 60653

Memo Back Siding   John Hoyel.

John Hoyel.

⑆271070924⑆ 198001072⑈ 1023

---

**RECEIPT**

DATE 9/25/09                          No.

RECEIVED FROM John Lloyd          $ 800.00

Eight hundred                              DOLLARS

☐ FOR RENT  Down payment ( $300 00  $500 00
☐ FOR                         westchester  Nw. Wilcox )

| ACCOUNT |        | ☑ CASH | FROM | TO |
|---------|--------|--------|------|-----|
| PAYMENT | 800 00 | ☐ CHECK | | |
| BAL. DUE |       | ☐ MONEY ORDER | BY Kenneth Lewis | |

# EXHIBIT J-3

**RECEIPT**

DATE 10·19·09      No. 004

RECEIVED FROM Earl Counter     $260.00

Two Hundred & sixty _____ DOLLARS

FOR Property management for Loomis

| ACCOUNT | | ✓ CASH | FROM | TO |
| PAYMENT | | ☐ CHECK | | |
| BAL. DUE | | ☐ MONEY ORDER | BY Sharon Lloyd | |

---

**RECEIPT**

DATE 11·12·09      No. 008

RECEIVED FROM Earlene Morris     $600.00

Six hundred ——— _____ DOLLARS

FOR November Rent

| ACCOUNT | | ✓ CASH | FROM 11·12·09 | TO 12·12·09 |
| PAYMENT | | ☐ CHECK | | |
| BAL. DUE | | ☐ MONEY ORDER | BY Sharon Lloyd | |

---

**RECEIPT**

DATE 11·12·09      No. 009

RECEIVED FROM Earl Counter     $100.00

One hundred _____ DOLLARS

FOR Sharon Lloyd management duties

| ACCOUNT | | ✓ CASH | FROM 11·12·09 | TO 12·12·09 |
| PAYMENT | | ☐ CHECK | (SL) for Earl Counter |
| BAL. DUE | | ☐ MONEY ORDER | |

# EXHIBIT K

IN THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS, CHANCERY DIVISION

FILED
2017 SEP -5 AM 9: 38

WELLS FARGO
    Plaintiff

DORA...
Case No. 2013-CH-25951

v.

John J. Curry
Judge Allen Price Walker

BENITEZ MADELEINE, et al

    Defendant

### SPECIAL APPEARANCE

COME NOW, Sharon Renee [Lloyd], the True Heir/Owner in Possession for the land in question being described as 4856 South Winchester in Chicago Illinois Republic. Sharon Renee [Lloyd] is filing in this case in order to destroy the contract on the real property. Sharon Renee [Lloyd]/Heir/Owner in Possession is standing *in propria persona suri juris* and has standing in this matter.

Autograph By: _____
       Authorized Representative **UCC 1-308**

Sharon Renee [Lloyd]
4856 South Winchester
Non-Domestic
Chicago, Illinois Republic [60609]
Real Land North America
(312) 852-1764

IN THE CIRCUIT COURT OF COOK COUNTY *FILED-1*
ILLINOIS, CHANCERY DIVISION *2017 SEP -5 AM 9:88*

WELLS FARGO,
      Plaintiff

Case No. 2013-CH-25951,

v.

*John J. Curry Jr*
BENITEZ MADELEINE, et al      Judge ~~Allen Price Walker~~
*Presiding Judge*

    Defendant     COUNTERCLAIM

## RESPOND TO FORCLOSURE AND SALE OF 4856 S. Winchester & DEMAND/CLAIM FOR DISMISSAL WITH PREJUDICE

    COME NOW, Sharon Renee [Lloyd]/Heir/Owner in Possession of 4856 S. Winchester in Chicago Illinois Republic, the real land North America. Sharon Renee [Lloyd]/Heir/Owner in Possession holds and will provide this equity courtroom with a copy of the Certified copy of the Original Land Patent which includes the Lot being stolen by the agents in this case; and every other case in order to have full access to the trust account on the land. This piece of property was sold by a disloyal trustee (John T. Lloyd; Sharon Renee [Lloyd] brother) to MADELEINE BENITEZ ESTATE without permission. Sharon Renee [Lloyd]/Heir/Owner in Possession is correcting the book-entry and contract in place on the building structure that sit on the land in question. The CORPORATION/WELLS FARGO/Plaintiff cannot speak, hear, be heard, reason, complain or respond, the agents working under the WELLS FARGO (in this case and those similar to this one; ALL CORPORATIONS) brand are dealing in fraud on the private land which belongs to the People in fee simple absolute.

    This Special Appearance from the true Heir/Owner in Possession/Sharon Renee [Lloyd] is to proclaim and reclaim the land in question that has been abandon by MADELEINE BENITEZ ESTATE and to obtain the land trust account that was created for the land; to have this case dismissed with prejudice for this fraudulent foreclosure and sale of the real property that sits on the land in question; and also to destroy the contract that is in place on the real property due to it molesting the Estate and Trust Account.

## STATEMENT OF FACTS

1. Sharon Renee [Lloyd] is the Owner in possession for the land in question that is being described as 4856 South Winchester in Chicago Illinois Republic. Sharon Renee [Lloyd] is a Natural Person demanding/claiming the land in question which is a part of the allodial title/fee simple absolute in which Sharon Renee [Lloyd] is an Heir for the records in this

# EXHIBIT L-1



PE**O**PLES GAS
NATURAL GAS DELIVERY

| | 866-556-6001 |
|---|---|
| 24-Hour Gas Emergencies | 866-556-6002 |
| En Español | 866-556-6003 |
| TDD Line | 866-556-6007 |

www.peoplesgasdelivery.com

| Bill Date | Account Number | Payment Due Date | Amount Due |
|---|---|---|---|
| 12/04/2017 | 0614905182-00002 | 12/26/2017 | $38.84 |

**Customer Name** LLOYD FOREIGN GRANTOR TRUST
**Service Address** FRNT 2 APT 2
4856 S WINCHESTER AVE
CHICAGO IL 60609-4112

**Account Summary**

Billing Period: 10/31/2017 to 11/27/2017

| | NOV 2017 |
|---|---|
| **Activity Since Last Bill** | |
| Previous Balance | $0.00 |
| Balance | $0.00 |
| Total Current Charges | $38.84 |
| Total Current Balance | $38.84 |

| | NOV 2017 |
|---|---|
| Billing Days | 27 |
| Avg Daily Temp | 41 °F |
| Therms Used | 0.0 |
| Avg Therms/Day | 0.0 |

**Rate 1 - Small Residential Heating**
Meter Number P1790284

| | | |
|---|---|---|
| | Actual Reading 11/27/2017 | 915 |
| | Actual Reading 10/31/2017 | -915 |

**Monthly Charges**

**Delivery Charge**
| Customer Charge | $32.85 |
|---|---|

| Qualified Infrastructure Plant Charge | 9.29% of $32.32 | $3.00 |
|---|---|---|

**Tax**
| Chicago Municipal Tax | 8.24% of $35.85 | $2.95 |
|---|---|---|
| State Tax | 0.1% of $35.85 | $0.04 |

| **Total Gas Service Charges** | $38.84 |
|---|---|
| **Total Current Charges** | $38.84 |

**Messages**

The service for your account is showing zero energy use. Please call us if you feel this is inaccurate, or if you want to stop service.

You can view your bills online by enrolling in the Your Account section of our website.

Thank you! We appreciate your prompt payments during the year.

---

ACCOUNT NUMBER: 0614905182-00002 — Page 1 of 1 — PGLRES — 50888 — {168}

PE**O**PLES GAS*
NATURAL GAS DELIVERY

Please return this stub with your payment.

Account Number: 0614905182-00002

| Amount Due By | 12/26/2017 | $38.84 |
|---|---|---|

A 1.5% late fee may be charged on any unpaid balance

*Please write your account number on your check*

**Amount Enclosed**

000034323 01 AV 0.373 106481337980178 P Y
LLOYD FOREIGN GRANTOR TRUST
FRNT 2
4856 S WINCHESTER AVE
CHICAGO IL 60609-4112

I want to pledge $1 per month to the Share the Warmth program, which helps pay energy expenses for those in need. **I've added $1 to my payment.**

 Peoples Gas
PO Box 2968



PE🌿PLES GAS
NATURAL GAS DELIVERY

Peoples Gas

December 26, 2017
                    00000017
LLOYD FOREIGN GRANTOR TRUST
APT 2R
4856 S WINCHESTER AVE
CHICAGO IL 60609-4112

*Regarding property at:*
4856 S WINCHESTER AVE APT 2R
Account #0615642794-00001

Dear Lloyd Foreign Grantor Trust,

Thank you for your interest our *Automatic Payment* plan.

With *Automatic Payment*, your monthly payment is deducted directly from your checking or savings account, so you don't have to worry about envelopes or postage stamps -- and you'll never miss a payment.

To enroll, simply complete and return the enclosed form, along with a voided check or a pre-printed deposit slip. You can also enroll online at the "Billing & Payments" section of our website at **peoplesgasdelivery.com**.

If you have any questions, please contact us at **866-556-6001** or **customerservice@peoplesgasdelivery.com**. We'd be happy to help.

Sincerely,

Customer Service
PEOPLES GAS

*Enclosure: Auto Pay Plan Application*

# EXHIBIT L-2

ComEd

Issued **10/31/17**    Account # **9593719093**

## SERVICE FROM 10/2/17 THROUGH 10/31/17 (29 DAYS)
**Residential - Multiple**

Sharon Renee Lloyd Trust
4856 S Winchester Ave
Unit 1r,
02
Chicago, IL 60609
312.852.1764



| | |
|---|---|
| Past Balance Due Immediately | $158.50 |
| New Charges Due by **11/22/17** | **$74.34** |
| **Total Amount Due** | **$232.84** |

## TOTAL USAGE (kWh)

2016                                    2017

NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV
Current month's reading is **actual.**
*Non-regular Billing Period

## AVERAGE DAILY USE (monthly usage/days in period)

| Last Month | 68° avg. temp | Last Year |
|---|---|---|
| **16.1** kWh | | **Not Available** |

💡 Ten 100W light bulbs for 1 hour = 1 kWh

## CURRENT CHARGES SUMMARY

See reverse side for details ↪


**Current Charges**
**$71.96**

ComEd provides your energy.

ComEd.com
1.800.334.7661

For Electric Supply Choices visit pluginillinois.org

DELIVERY
$27.83

ComEd delivers electricity to your home

ComEd.com
1.800.334.766

**TAXES & FEES $9.55**

# EXHIBIT M

## NOTICE OF INTENT TO FILE EVICTIONS ACTION
## AND DEMAND FOR POSSESSION

To:    **JOHN LLOYD**
       **UNKNOWN OCCUPANTS**

                                              3/26/18
_____    (signature of process server) _____ (date)

_____    (initials of process server) _____ (date)

_____    (initials of process server) _____ (date)

_____    (initials of process server) _____ (date)

4856 SOUTH WINCHESTER AVENUE - SECOND FLOOR REAR
CHICAGO, IL 60609

### NOTICE OF INTENT TO FILE EVICTIONS ACTION

You are hereby notified that the Property known as 4856 SOUTH WINCHESTER AVENUE - SECOND
FLOOR REAR, CHICAGO, IL 60609 has been foreclosed and is now owned by WELLS FARGO BANK,
N.A., the "New Owner".

You are further notified that the New Owner of the Property is hereby notifying you pursuant to 735 ILCS 5/9-
207.5, the New Owner and/or its Agent intends to file a Evictions Action against you and all Unknown
Occupants, for possession only, 90 days after this Notice of Intent to File Evictions Action is properly served
upon you.

### DEMAND FOR POSSESSION

WELLS FARGO BANK, N.A. hereby demands possession of the following described premises 90 days from
the date that you are properly served with this Notice of Intent to File Evictions Action:

4856 SOUTH WINCHESTER AVENUE - SECOND FLOOR REAR
CHICAGO, IL 60609

### NOTICE UNDER ILLINOIS LAW

This notice is being provided to you pursuant to Illinois Law.

If you are the mortgagor or the child, spouse or parent of the mortgagor you may not be deemed to be a bona
fide tenant and these laws may not apply to you. If you do not vacate the premises a Evictions Action may be
filed against you 90 days from the date that you are properly served with this Notice.

If you are a tenant of the former owner of the property, you may be entitled to additional rights as provided
under Illinois Law. This may include, but is not necessarily limited to, the right to remain in the property for the
remaining term of your lease or for 90 days from the date after this notice is properly served upon you. No
Evictions Action will be filed against you until 90 days after the date that you are properly served with this
Notice.

# EXHIBIT N

# *Oath of Office*
## *Circuit Court • State of Illinois*



**FILED**
**INDEX DEPARTMENT**

DEC **1 9 2014**

IN THE OFFICE OF
SECRETARY OF STATE

*I, John Curry, do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of Circuit Judge for the Cook Judicial Circuit of the State of Illinois, according to the best of my ability.*

_____
John Curry

*The undersigned, being duly authorized to administer oaths, certifies that the foregoing oath of office was administered to the Declarant on this 1st day of December 2014.*

_____
Timothy C. Evans
*Chief Judge*
*Circuit Court of Cook County*

# EXHIBIT O

# *Oath of Office*
## *Circuit Court • State of Illinois*

**FILED**
INDEX DEPARTMENT

MAY 0 9 2017

IN THE OFFICE OF
SECRETARY OF STATE

*I, Anthony C. Swanagan, do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of Circuit Judge for the Cook Judicial Circuit of the State of Illinois, according to the best of my ability.*

*Anthony C. Swanagan*

*The undersigned, being duly authorized to administer oaths, certifies that the foregoing oath of office was administered to the Declarant on this 24th day of April 2017.*

**Charles E. Freeman**

*Justice*
*Illinois Supreme Court*

# EXHIBIT P-1

4217
Order (Continuance) (This form replaces CCM1 0606 and CCMD 623-2 thru 6)                    (1/25/05) CCM N606

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ ___4 st___ DISTRICT

TIFFANY ENG
_____ **Plaintiff(s)**

v.

No. __18 M 17 10595__

SHARON LLOYD-RENEE
_____ **Defendant(s)**

## CONTINUANCE ORDER

This matter having come before this Court for ☐ status   ☐ pretrial   ☒ trial

☐ other: _____

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to ___August  6___, _2018_
                                                              (date)

at ___9:30___ a.m./p.m. in Room ___1302___ for:

☐ status (4406)   ☐ pretrial (4405)   ☒ trial (4482)

☐ other: _____

Judge Anthony C. Swanegan
JUL 30 2018
Circuit Court - 2197

(Please print)

Atty. No.: __29829__                              **ENTERED:**

Name: __Robert Habib__

Attorney for: __Plaintiff__                       **Dated:** _____, _____

Address: __77 W. Washington #1506__

City/State/Zip: __Chicago, IL 60602__            __a. Swanegan__        __2197__

Telephone: __(312) 201-1421__                    **Judge**                **Judge's No.**

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY

4217

Order (Continuation) (This form replaces CCM1 0606 and CCMD 623-2 thru 6)                    (1/25/05) CCM N606

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                 Line 21
MUNICIPAL DEPARTMENT/ ___1 St___ DISTRICT

TIFFANY ENG

_____
                **Plaintiff(s)**
              v.                                    No. __18 M1 710 593__

SHARON LLOY RENEE et a'

_____
                **Defendant(s)**

## CONTINUANCE ORDER

This matter having come before this Court for  ☐ status   ☐ pretrial   ☑ trial

                                               ☐ other: _____

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to ___August 6___, 2018
                                                              (date)

at ___9:30 a.m./p.m. in Room ___1302___ for:

  ☐ status (4406)   ☐ pretrial (4405)   ☑ trial (4482)

  ☐ other: _____

(Please print)
Atty. No.: __29829__                        **ENTERED:**
Name: __Robert Habib__
Attorney for: __Plaintiff__                 **Dated:** _____
Address: __77 W Washington #1806__
City/State/Zip: __Chicago IL 60652__
Telephone: __(312) 201-1421__               **Judge**              **Judge's No.**

_Judge Anthony C. Swanegan_
_Circuit Court - 2197_
_JUL 30 2018_

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY

# EXHIBIT P-2

**This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | EVICTION ORDER | For Court Use Only |
|---|---|---|
| ___ COUNTY | | |

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

**Plaintiff** *(For example, the landlord or owner)*:

_____

_____

v.

**Defendants** *(For example, the tenants or occupants)*:

_____

_____

**Case Number** _15 / 71653_

☐ **Unknown Occupants**

| **Notice to Defendants:** | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:<br>• You have an agreement with Plaintiff that lets you stay in the property; or<br>• Plaintiff has agreed to dismiss this case if you move out by a certain date. |
|---|---|

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

In **1**, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

In **2**, enter the date and time by which Defendants must move out.

In **3**, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

In **4**, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

**Sections 1-4 must be completed.**

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:

_____

1. Plaintiff is given possession of the property located at:

   _____          _____
   Street address                                                      Unit

   _____
   City                    State           ZIP

2. Defendants must move out of the property on or before _____ by ☐ 11:59 p.m.
   Date
   or by ☐ _____
          Time

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: _____

   _____          ☐ Unknown Occupants

4. Plaintiff is owed *(check all that apply)*: ☐ No money claimed in *Eviction Complaint*
   ☐ Money claim dismissed and Plaintiff may seek this money in the future
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future
   ☐ $_____ in rent or assessments
   ☐ $_____ in court costs
   ☐ $_____ in attorneys' fees *(if allowed)*
   ☐ The total judgment amount of $_____ is entered against the following Defendants:

   _____

   ☐ The Court is not yet ruling on the money claim. Case continued to _____
      for ☐ status ☐ hearing in courtroom _____     Date        Time
      and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

Enter the name and contact information of the person completing this *Order*.

**Name:** _____

**Address:** _____

**Telephone #:** _____

**Attorney # (if any):** _1 3519_

**ENTERED:** _AUG 06 2018_
Date

Judge Anthony C. Swanagan

Circuit Court - 2197

_____
Judge

E-O 3500.2                    Page 1 of 1                    (12/17)

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | For Court Use Only |
|---|---|---|
| _Cal_ **COUNTY** | **EVICTION ORDER** | |

**Instructions ▼**

| | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | **Plaintiff** *(For example, the landlord or owner):* |
| | _Pines Enc_ |
| Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*. | v. |
| | **Defendants** *(For example, the tenants or occupants):* |
| | _Shea P. Ellis_ |
| Check the box for Unknown Occupants if it was checked on *Eviction Complaint*. | _Crist_ |
| | ☑ **Unknown Occupants** |

Case Number: _18 07xss_

| **Notice to Defendants:** | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:<br>• You have an agreement with Plaintiff that lets you stay in the property; or<br>• Plaintiff has agreed to dismiss this case if you move out by a certain date. |
|---|---|

| | |
|---|---|
| Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants. | ☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them: |
| In **1**, enter the complete address, including the street direction (N., E., etc.) and unit # or floor. | **1.** Plaintiff is given possession of the property located at:<br>_4 S S S. Michigan_    Unit: _2_<br>Street address<br>_Chir_    State    ZIP: _GCG_<br>City    State    ZIP |
| In **2**, enter the date and time by which Defendants must move out. | **2.** Defendants must move out of the property on or before _8/10/18_ by ☐ 11:59 p.m.<br>Date<br>or by ☐ _____ Time |
| In **3**, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. | **3.** Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: _____<br>_Shea P. Ellis Crist_    ☑ Unknown Occupants |
| In **4**, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money. | **4.** Plaintiff is owed *(check all that apply)*: ☑ No money claimed in *Eviction Complaint*<br>☐ Money claim dismissed and Plaintiff may seek this money in the future<br>☐ Money claim dismissed and Plaintiff may not seek this money in the future<br>☐ $_____ in rent or assessments<br>☐ $_____ in court costs<br>☐ $_____ in attorneys' fees *(if allowed)*<br>☐ The total judgment amount of $_____ is entered against the following Defendants: |
| **Sections 1-4 must be completed.** | _____<br>☐ The Court is not yet ruling on the money claim. Case continued to _____<br>for ☐ status ☐ hearing in courtroom _____    Date    Time<br>and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*. |
| Enter the name and contact information of the person completing this *Order*. | **Name:** _Ribo Hall_    **ENTERED:**<br>**Address:** _211 W_    Date<br>**Telephone #:** _3_<br>**Attorney # (if any):** _13519_    _G. Brown_<br>Judge |